UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

    Plaintiffs,

v.

SERGEANT HERNANDEZ, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew Underwood of the law firm of Kaplan & Grady, 2071 North Southport Avenue, Suite 205, Chicago, IL 60614, (312) 852-2184, for purposes of appearance as co-counsel on behalf of Plaintiffs Christinna and Casey White in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew Underwood to receive electronic filings in this case, and in support thereof states as follows:

    1.    Matthew Underwood is not admitted to practice in the Southern District of Florida and is a member in good standing with the State of Massachusetts; the State of District of Columbia; and the United States District Courts for the Northern District of Illinois, Central District of Illinois, Southern District of Illinois, and District of Virgin Islands.

2. Movant, James Slater, Esquire, of the law firm of Slater Legal PLLC, 9000 Dadeland Boulevard, #1500, Miami, Florida 33156, (305) 523-9023, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Matthew Underwood has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Matthew Underwood, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew Underwood at email address: matthew@kaplangrady.com.

WHEREFORE, James Slater, moves this Court to enter an Order allowing Matthew Underwood to appear before this Court on behalf of Plaintiffs Christinna and Casey White for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew Underwood.

Dated: January 6, 2026               Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CHRISTINNA WHITE, as Personal Representative )
of the Estate of Cody Lee White, and )
CASEY WHITE, individually, )
)
        Plaintiffs, )
) Case No. 2:26-cv-14004
v. )
)
SERGEANT HERNANDEZ, SERGEANT )
CLIFTON MCCLAY YATES, CORRECTIONAL )
OFFICER CANNADO, CORRECTIONAL )
OFFICER THOMAS DUNN, CAPTAIN )
WILLIAM HAMILTON, SERGEANT )
ANDRIANA RANKINE, LIEUTENANT DENNIS )
BURNEY, SERGEANT CARTER, J. CRUZADO, )
BOYKINS, and DOES 1-11, )
)
        Defendants. )

## CERTIFICATION OF MATTHEW UNDERWOOD

Matthew Underwood, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing with the State of Massachusetts; the State of District of Columbia; and the United States District Courts for the Northern District of Illinois, Central District of Illinois, Southern District of Illinois, and District of Virgin Islands; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Matthew Underwood (MA No. 684609)
Kaplan & Grady LLC
2071 N. Southport Ave.,
Ste. 205
Chicago, IL 60614
(312) 852-2184