UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

    Plaintiffs,

v.

SERGEANT HERNANDEZ, *et al.*,

    Defendants.
_____/

## NOTICE OF STRIKING MOTION TO APPEAR PRO HAC VICE

Pursuant to the Clerk's Notice [D.E. 9], Plaintiffs Christinna and Casey White provide notice of striking the motion for pro hac vice admission for Amelia Caramadre [D.E. 5], which inadvertently excluded the undersigned's signature block. A corrected motion will be refiled.

Dated: January 7, 2026

                                                 Respectfully submitted,

                                                 */s/ James M. Slater*
                                                 James M. Slater (FBN 111779)
                                                 SLATER LEGAL PLLC
                                                 9000 Dadeland Blvd. #1500
                                                 Miami, Florida 33156
                                                 Tel. (305) 523-9023
                                                 james@slater.legal

                                               *Attorneys for Plaintiffs*