AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:26-cv-14004

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Officer Thomas Dunn**
was recieved by me on **1/20/2026**:

☒  I personally served the summons on the individual at **3420 NE 168th St, Okeechobee, FL 34972** on **01/22/2026** at **11:30 AM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*, who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  01/22/2026

*V. Wolf*
**Server's signature**

**Victoria Wolf**
*Printed name and title*

▓▓▓ FL ▓▓▓

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS AND COMPLAIN, to Officer Thomas Dunn with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 240-300 lbs.**



Tracking #: **0204977473**
