AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:26CV14004**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Dennis Burney**
was recieved by me on  **1/19/2026**:

[X]     I personally served the summons on the individual at **3420 NE 168th St, Okeechobee, FL 34972** on **01/22/2026** at **11: 30 AM**; or

[ ]     I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]     I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]      I returned the summons unexecuted because ; or

[ ]     Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   01/23/2026

_____
Server's signature

**Victoria Wolf**
*Printed name and title*

████████████ , FL ████

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Dennis Burney with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 55-65 years of age, 5'4"-5'6" tall and weighing 200-240 lbs with glasses.**




Tracking #: **0205101445**