UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

    Plaintiffs,

v.

SERGEANT HERNANDEZ, *et al.*,

    Defendants.

_____/

**DECLARATION OF JAMES SLATER IN SUPPORT OF
APPLICATION FOR ENTRY OF DEFAULT AGAINST
<u>DEFENDANT DENNIS BURNEY PURSUANT TO FED. R. CIV. P. 55</u>**

1. My name is James Slater. I am one of the attorneys representing Plaintiffs Christinna White and Casey White in this matter.

2. I state the matters in this declaration on personal knowledge and, if so called, could competently testify to such matters.

3. A true and correct copy of the affidavit of service on Dennis Burney by process server was filed in this matter on January 26, 2026, at ECF 14.

4. The address known to Plaintiff for Defendant Burney is 3420 NE 168th St., Okeechobee, FL 34972, as set forth in the affidavit of personal service, at ECF 14, which is the address for Okeechobee Correctional Institution, where Defendant Burney works.

5. Defendant Burney is not a minor or otherwise incompetent.

6. On information and belief, Defendant Burney is not in active-duty military service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2026 in Atlanta, Georgia

_____
James M. Slater