UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRISTINNA WHITE, et al.

    PLAINTIFF(S)

v.

CLIFTON MCCLAY YATES, et al.,

    DEFENDANT(S).

CASE NUMBER
2:26−cv−14004−DMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Thomas Dunn**

as of course, on the date February 20, 2026.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Dimas Rodriguez*
Deputy Clerk

cc: Judge Donald M. Middlebrooks
    Christinna White