NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   26-cv-14004-DMM

CHRISTINNA WHITE, as Personal Representative
Of the Estate of Cody Lee White and CASEY
WHITE, individually,

      Plaintiffs,

vs.

SERGEANT HERNANDEZ, SERGEANT
CLIFTON MCCLAY YATES, CORRRECTIONAL
OFFICER CANNADO, CORRECTIONAL
OFFICER THOMAS DUNN, CAPTAIN
WILLIAM HAMILTON, SERGEANT ANDRIANA
RANKINE, LIEUTENANT DENNIS BURNEY,
SERGEANT CARTER, JESUS CRUZADO,
BOYKINS and DOES 1-11,

      Defendants.
_____/

## DEFENDANTS', SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER THOMAS DUNN AND LIEUTENANT DENNIS BURNEY, UNOPPOSED MOTION TO VACATE DEFAULTS AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT WITH INCORPORATED MEMORANDUM OF LAW

Defendants, SERGEANT CLIFTON MCCLAY YATES ("Yates"); CORRECTIONAL OFFICER THOMAS DUNN ("Dunn") and LIEUTENANT DENNIS BURNEY ("Burney") (or collectively as, "Defendants"), by and through their undersigned counsel, Whitelock & Associates, P.A., and pursuant to S.D. Fla. L.R. 7.1 and Fed. R. Civ. P. 55, hereby files these Unopposed Motions, as follows:

1. The Complaint in this matter was filed on January 5, 2026. [D.E. 1].

2. On January 22, 2026, Defendants, DUNN and BURNEY were purportedly served with the Summons and Complaint.

3. On February 19, 2026, the Plaintiff filed its Motion for Entry of Default against Defendants, BURNEY [D.E. 15] and DUNN [D.E. 16], and on February 20, 2026, clerk defaults were then entered against said Defendants. [D.E.17; D.E. 18].

4. However, the Parties have conferred in good faith, whereupon the Plaintiffs have agreed to vacate the above defaults and provide a two (2) week extension of time, up through and including March 9, 2026, in which these Defendants shall file their said responses to the Complaint.

5. Further, and pursuant to Rule 55(c), the Court is permitted to set aside a clerk default for good cause. Fed. R. Civ. P. 55(c) (2025). To determine whether 'good cause' has been shown by a moving part, Courts may consider: (a) whether the default was culpable or willful; (b) whether setting it aside would prejudice the adversary, (c) whether the defaulting party presents a meritorious defense; (d) whether there was significant financial loss to the defaulting party; and (e) whether the defaulting party acted promptly to correct the default. *S.E.C. v. Johnson*, 436 Fed. App'x 939, 945 (11th Cir. 2011).

6. To obtain this relief under Rule 55(c), the movant must only make a bare minimum showing to support claim for relief. *Jones v. Harrell*, 858 F.2d 667, 669 (11th Cir. 1988). This is so because there is a strong preference that cases be heard on the merits in this Circuit. *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (*per curiam*).

7. Here, the Defendants have satisfied this minimum showing. Specifically, and most important, Plaintiffs agree and do not oppose this relief including the extension. In addition, and as to these Defendants, there was no intentional or reckless conduct in relation to this proceeding at any time, nor is any asserted. *Johnson, supra*, at 945 (party willfully defaults by displaying either intentional or reckless disregard for judicial proceedings). To the contrary, there

was a rapid response upon uncovering the defaults which was February 23, 2026, by this firm whereupon Plaintiffs' counsel was contacted that day, then again over the weekend, and then again, first thing in the morning on February 23, 2026. The Defendants are also sued individually and have meritorious defenses of immunity, failure to state a claim and their innocence. There is also no financial loss or prejudice to the Plaintiffs as, again, this motion is unopposed and this matter is in its infancy.

8.  Lastly, and as referenced above, it is well settled in this Circuit that defaults are "seen with disfavor because of the strong policy of determining cases on their merits." *Florida Physician Ins. Co. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993).

9.  Accordingly, Defendants request respectfully that the relief requested herein is granted by the Court.

**WHEREFORE**, and based upon the foregoing, Defendants, Sergeant Clifton McClay Yates; Correctional Officer Thomas Dunn and Lieutenant Dennis Burney respectfully request that the Court: (1) grant these motions and the relief herein; (2) execute the associated order granting Defendants' instant Motion and (3) grant any additional relief as this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to the Court's Local Rules including S.D. Fla. L.R. 7.1(a)(2), counsel as movant has conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve by agreement the issues raised herein and: Counsel for movant (Defendants) has conferred with Plaintiffs' counsel and, as a result, all issues raised in this motion have been resolved and Plaintiffs have no objection to the relief sought by Defendants in this motion/s.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

Respectfully submitted,

WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone:   (954) 463-2001
Facsimile:    (954) 463-0410
Counsel for Defendants, Clifton Yates, Thomas Dunn and Dennis Burney

/s/Christopher J. Whitelock
Christopher J. Whitelock
Florida Bar No. 067539
Jessalynn R. Kantzavelos
Florida Bar No.   117926

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.   I also certify that the foregoing document is being served this day, via U.S. mail to the Plaintiff.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

## SERVICE LIST

James M. Slater, Esq.
Slater Legal, PLLC
9000 Dadeland Blvd., #1500
Miami, FL   33156
e-mail:   james@slater.legal

Sarah Grady, Esq.
Matthew Underwood, Esq.
David Schmutzer, Esq.
Amelia Caramadre, Esq.
Kaplan & Grady, LLC
2071 N. Southport Ave., Suite 205
Chicago, IL   60614
Email:   david@kaplangrady.com
sarah@kaplangrady.com
amelia@kaplangrady.com
matthew@kaplangrady.com

4