UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 26-cv-14004-DMM

CHRISTINNA WHITE, as Personal Representative
Of the Estate of Cody Lee White and CASEY
WHITE, individually,

        Plaintiffs,

vs.

SERGEANT HERNANDEZ, SERGEANT
CLIFTON MCCLAY YATES, CORRRECTIONAL
OFFICER CANNADO, CORRECTIONAL
OFFICER THOMAS DUNN, CAPTAIN
WILLIAM HAMILTON, SERGEANT ANDRIANA
RANKINE, LIEUTENANT DENNIS BURNEY,
SERGEANT CARTER, JESUS CRUZADO,
BOYKINS and DOES 1-11,

        Defendants.
_____/

## ORDER ON DEFENDANTS', SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER THOMAS DUNN AND LIEUTENANT DENNIS BURNEY, UNOPPOSED MOTION TO VACATE DEFAULT AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT WITH INCORPORATED MEMORANDUM OF LAW

**THIS CAUSE** having come before the Court on Defendants' Unopposed Motion to Vacate Default and for Extension of Time to Respond to Plaintiff's Complaint with Incorporated Memorandum of Law, and the Court having reviewed the Court file and being advised, it is hereupon

**ORDERED and ADJUDGED** as follows;

1.    The Clerk's Default entered against Defendants, Officer Thomas Dunn and Lieutenant Dennis Burney, on February 20, 2026, is hereby vacated; and

1

2. The Defendants shall have up to and including March 9, 2026, to respond to the pending Complaint.

**DONE and ORDERED** in Chamers at West Palm Beach, Florida, this ____ day of February, 2026.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

Copies furnished to:

Christopher J. Whitelock, Esq.
e-mail:  cjw@whitelocklegal.com

James M. Slater, Esq.
e-mail:  james@slater.legal

Sarah Grady, Esq.
Matthew Underwood, Esq.
David Schmutzer, Esq.
Amelia Caramadre, Esq.
Email:  david@kaplangrady.com
sarah@kaplangrady.com
amelia@kaplangrady.com
matthew@kaplangrady.com