## RETURN OF SERVICE

PERSON TO BE SERVED:                                RECEIPT NUMBER: 0000037-26

CLIFTON MCCLAY YATES
3420 NE 168TH STREET

PLAINTIFF: CHRISTINNA WHITE PER REP OF EST OF CODY LEE WHITE AND CASEY WHITE
 -VS-
DEFENDANT: SERGEANT HERNANDEZ ET AL

TYPE WRIT: SUMMONS/COMPLAINT/

COURT: US DISTRICT COURT                COURT DATE:
CASE #: 2.26CV14004                     COURT TIME:

Received the above-named writ on February 4, 2026, at 10:56 AM, and served the same on February 11, 2026, at 1:48 PM, in OKEECHOBEE County, Florida, as follows:

### INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: CLIFTON MCCLAY YATES

SERVICE COST: $40.00                    NOEL E. STEPHEN, SHERIFF
DS, CIVIL CLERK                         OKEECHOBEE COUNTY, FLORIDA

                                        BY: _____ #183
                                            RODNEY RUCKS, D.S.

MAIL TO:

KAPLAN AND GRADY
2071 N SOUTHPORT AVE
STE 205
CHICAGO IL 60614