RETURN OF SERVICE

PERSON TO BE SERVED:                                RECEIPT NUMBER: 0000037-26

```
ANDRIANA RANKINE
3420 NE 168TH STREET
```

PLAINTIFF: CHRISTINNA WHITE PER REP OF EST OF CODY LEE WHITE AND CASEY WHITE
  -VS-
DEFENDANT: SERGEANT HERNANDEZ ET AL

TYPE WRIT: SUMMONS/COMPLAINT/

   COURT: US DISTRICT COURT                COURT DATE:
   CASE #: 2.26CV14004                     COURT TIME:

        Received the above-named writ on February 4, 2026, at 10:56 AM,
        and served the same on February 11, 2026, at 11:10 AM,
        in OKEECHOBEE County, Florida, as follows:

---

SUBSTITUTE SERVICE AT USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me at the usual place of abode of the person being served,
to a person residing therein who is fifteen (15) years of age, or older,
to-wit: JACKIE GARNER (CO HABITANT)
and informing said person of their contents.

---

SERVICE COST: $40.00                          NOEL E. STEPHEN, SHERIFF
DS, CIVIL CLERK                               OKEECHOBEE COUNTY, FLORIDA

                                              BY: _____ #183
                                                  RODNEY RUCKS, D.S.

MAIL TO:

   KAPLAN AND GRADY
   2071 N SOUTHPORT AVE
   STE 205
   CHICAGO IL 60614