26cv14004DMM

To whom it may concern, I Andriana Rankine was an employee at Okeechobee Correctional Institution. My assigned shift was Tuesday through Saturday 8a-4:30p. I was assigned to the Main Unit Control Room. I Don't recall if I was present that day but if I was, I was assigned to the control room. I was not on the compound or confinement. I wasn't present in this situation.

FILED BY _____ D.C.

MAR 05 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

If you have any questions or concerns, please feel free to contact me (863)484-0112)

Respectfully Andriana Rankine.

Khelian Rankine
3144 NW 3rd St
Okeechobee Fl
34972

ATT Clerk Office
101 South US Highway 1
Ft. Pierce Fl 34950

34950-420901



WEST PALM BCH FL 334
4 MAR 2026 AM 1 L