# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 2:26-CV-14004

Plaintiff:
**CHRISTINNA WHITE, AS PERSONAL PRESENTATIVE OF THE ESTATE OF CODY LEE WHITE , AND CASEY WHITE**

vs.

Defendant:
**SERGEANT HERNANDEZ, et al.**

For:
Alexandra Gergova
Kaplan & Grady LLC
2071 N. Southport Ave.
Ste. 205
Chicago, IL 60614

Received by VICTORIA WOLF on the 2nd day of March, 2026 at 11:05 am to be served on **Michael Corrado, FL** .

I, VICTORIA WOLF, do hereby affirm that on the **3rd day of March, 2026** at **6:15 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Raul Carmenatte** as **Father/coresident** at the address of: **FL** , the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: Hispanic, Height: 5'8", Weight: 170, Hair: Salt & Pepper, Glasses: N

Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was effected in accordance with State statutes. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is requires.

**VICTORIA WOLF**
CPS# 23-15

**ODY'S PROFESSIONAL PROCESS**
**P.O. BOX 1623**
**FT. MYERS, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026003002
Ref: MC-14004

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White, | ) ) ) ) ) | |
| Plaintiff(s) | ) ) | |
| v. | ) | Civil Action No.  2:26cv14004 |
| Sergeant Hernandez, et al. | ) ) ) ) ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  Officer Cannado
3420 NE 168th Street
Okeechobee, Florida 34972-4824

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **Jan 5, 2026**

Angela E. Noble
Clerk of Court

s/ C. A. Weech
Deputy Clerk
U.S. District Courts