# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 2:26-CV-14004

Plaintiff: **CHRISTINNA WHITE, AS PERSONAL PRESENTATIVE OF THE ESTATE OF CODY LEE WHITE , AND CASEY WHITE**
vs.
Defendant: **SERGEANT HERNANDEZ, et al.**

ODY2026002907

For:
Alexandra Gergova
Kaplan & Grady LLC
2071 N. Southport Ave.
Ste. 205
Chicago, IL 60614

Received by GUY W. ALLEN on the 27th day of February, 2026 at 3:25 pm to be served on **WILLIAM HAMILTON,** ⬛ Address 1 ⬛ **, FL** ⬛

I, GUY W. ALLEN, do hereby affirm that on the **6th day of March, 2026** at **6:20 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT** with the date and hour of service endorsed thereon by me, to: **WILLIAM HAMILTON** at the address of: ⬛ ⬛ Address 2 **, FL** ⬛ and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Additional Information pertaining to this Service:**
3/2/2026  10:58 am  Attempted service at ⬛ Address 1 ⬛, FL ⬛. No answer. Gray Toyota Tundra, parked in the driveway.
3/3/2026  2:19 pm  Attempted service at ⬛ Address 1 ⬛, FL ⬛. Server spoke to resident Jacob, who stated William Hamilton does not live at the given address. Jacob said he believes William Hamilton is his father's girlfriends ex-husband.
3/5/2026  2:17 pm  Attempted service at ⬛ Address 2 ⬛, FL ⬛. No answer, no vehicles present. There is a sign at the door that states the Hamilton's.
3/6/2026  6:20 pm  Upon serving William Hamilton, he did confirm he previously worked at Okeechobee correctional Institute.
3/6/2026  6:20 pm  Attempted service at ⬛ Address 2 ⬛, FL ⬛. This is where service is made.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 230, Hair: Dark Brown, Glasses: N

## <u>RETURN OF SERVICE For 2:26-CV-14004</u>

I certify that I am over the age of 18, have no interest in the above action. "Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a court appointed, certified process server in good standing for the judicial circuit in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525(2)."

**GUY W. ALLEN**
CA-593

**ODY'S PROFESSIONAL PROCESS**
**P.O. BOX 1623**
**FT. MYERS, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026002907
Ref: WH-14004

| | | |
|---|---|---|
| **DELIVERED** | 03/06/2026 06:30 am | |
| **SERVER** | GWA | |
| **LICENSE** | CA-593 | |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Christinna White, as Personal Representative of the
Estate of Cody Lee White, and Casey White,

                      Plaintiff(s)

                     v.

Sergeant Hernandez, et al.

                      Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:26cv14004

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  Captain William Hamilton
                               3420 NE 168th Street
                               Okeechobee, Florida 34972-4824

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James M. Slater
                                      Slater Legal PLLC
                                      9000 Dadeland Blvd #1500
                                      Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    **Jan 5, 2026**

s/ C. A. Weech

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court