UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

    Plaintiffs,

v.

SERGEANT HERNANDEZ, *et al.*,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING MOTION TO ENLARGE
TIME TO SERVE THE REMAINING DEFENDANTS**

THIS MATTER is before the Court on Plaintiffs Christinna White and Casey White's Motion to Enlarge Time to Serve Remaining Defendants (the "Motion"). Having considered the Motion and being fully advised in the premises it is hereby

ORDERED AND ADJUDGED that

1.     For good cause shown, the Motion is GRANTED.

2.     Plaintiffs shall have through July 6, 2026 to serve the remaining unserved defendants—Defendants Boykins, Hernandez and Carter.

DONE AND ORDERED in chambers at West Palm Beach, Florida this ___ day of _____, 2026.

 

                                                                                DONALD M. MIDDLEBROOKS
                                                                                UNITED STATES DISTRICT JUDGE