UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

    Plaintiffs,

v.

SERGEANT HERNANDEZ, *et al.*,

    Defendants.

_____/

**DECLARATION OF JAMES SLATER IN SUPPORT OF
APPLICATION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT JESUS CRUZADO PURSUANT TO FED. R. CIV. P. 55**

1.    My name is James Slater. I am one of the attorneys representing Plaintiffs Christinna White and Casey White in this matter.

2.    I state the matters in this declaration on personal knowledge and, if so called, could competently testify to such matters.

3.    A true and correct copy of the affidavit of service on Jesus Cruzado by process server was filed in this matter on February 26, 2026, at ECF 21.

4.    The address known to Plaintiff for Defendant Cruzado is 680 Salisbury Circle, Fort Pierce, Florida 34982, as set forth in the affidavit of personal service, at ECF 21, which is the address where Defendant Cruzado lives with his wife, Brandy Cruzado. An unredacted return is filed herewith.

5.    Defendant Cruzado is not a minor or otherwise incompetent.

6. On information and belief, Defendant Cruzado is not in active-duty military service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2026

_____
James M. Slater