**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CHRISTINNA WHITE, et al.

        PLAINTIFF(S)

      v.

CLIFTON MCCLAY YATES, et al.,

        DEFENDANT(S).

CASE NUMBER
  2:26–cv–14004–DMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**JESUS CRUZADO**

as of course, on the date March 17, 2026.

        **Angela E. Noble**
        CLERK OF COURT

        By  _/s/ *Dimas Rodriguez*_
        Deputy Clerk

cc:  Judge Donald M. Middlebrooks
    Christinna White

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)