**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-14004-MIDDLEBROOKS

CHRISTINNA WHITE, as Personal Representative
of the Estate of Cody Lee White, and
CASEY WHITE, individually,

      Plaintiffs,

v.

SERGEANT DISAN HERNANDEZ,
et. al.,

      Defendant.
_____/

## ORDER GRANTING IN PART EXTENSION OF TIME

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Enlargement of Time to Serve the Remaining Defendants, filed on March 16, 2026. (DE 29). Plaintiffs filed their complaint on January 15, 2026, asserting claims against ten Defendants in connection with the death of Cody White at the Okeechobee Correctional Center. (DE 1). To date, Plaintiffs have successfully served seven Defendants: Thomas Dunn, Dennis Burney, Jesus Cruzado, Clifton Yates, Andriana Rankine, Michael Corrado, and William Hamilton. Additionally, these Defendants appear to be represented by the same counsel, who is coordinating a unified defense. (DE 34 at 1). This leaves three Defendants, who are known only by their last names: Boykins, Hernandez, and Carter. (DE 29 at 1).

Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has ninety days from the filing of the complaint to serve a defendant. Fed. R. Civ. P. 4(m). Therefore, the deadline to serve Defendants is April 5, 2026. (DE 29 at 1). Plaintiffs request a 90-day enlargement of the Rule 4 time period to serve the remaining three unserved Defendants. (*Id.*).

Rule 4(m) provides that "if the plaintiff shows good cause for the failure" to timely serve a defendant, then "the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Plaintiffs represent that they attempted searches on Florida's public-employee database and conducted extensive online research, including on social-media websites. Most recently, Plaintiffs submitted public-records requests to the Florida Department of Corrections to obtain records that would assist with identifying and locating the yet-unserved Defendants. Plaintiff also represents that initial discovery will yield prison-staff rosters from the time including Mr. White's death, which will enable the Plaintiffs to identify and serve the unknown Defendants. (DE 29 at 2).

On these facts, I find the standard to be adequately met here. I am particularly satisfied that these Defendant's later inclusion in this case is not expected to delay the case, given that Defendants appear to be coordinating a defense. However, 90 days is more than necessary at this stage. I will provide the Plaintiffs with 60 days, such that they may engage in initial discovery.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Enlargement of Time (DE 29) is **GRANTED IN PART**. To avoid dismissal of these defendants without prejudice, Plaintiff must serve Defendants **on or before June 2, 2026, and ensure that a return of executed service is filed in the court record by that same date.**

SIGNED in Chambers at West Palm Beach, Florida, this 7 day of April, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record