**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

       Plaintiffs,

   v.

SERGEANT HERNANDEZ, *et al.*,

       Defendants.

_____/

**<u>JOINT SCHEDULING REPORT</u>**

Pursuant to Local Rule 16.1(b)(2), the parties submit this Joint Scheduling Report. The undersigned certify that on April 13, 2026, they conferred in accordance with Rule 26(f) and Local Rule 16.1(b). As set forth in Local Rule 16.1(b)(2), the parties provide the following information:

**Case Management Track**. The parties anticipate that trial may take over ten (10) days and discovery may take more than 270 days. This anticipation is based on Plaintiffs' counsel's experience with the pace of discovery in cases involving deaths within the Florida Department of Corrections, including critical evidence often being delayed until the State completes its investigation into the death. Additionally, there are 21 individual Defendants and Plaintiff intends to conduct ESI discovery for each of them which may result in voluminous evidence. Therefore, the parties believe assignment to the Complex Track would be appropriate.

A. **Likelihood of Settlement**. At this time, the parties are unable to assess the likelihood of settlement but agree to keep settlement discussions open.

B. **Likelihood of Appearance of Additional Parties**. Plaintiffs have two named Defendants left to serve, and have been diligently attempting to do so. Plaintiffs are also working to obtain records that will identify names for Does 1-11.

**C. Proposed Limits on Time**. The parties propose the following discovery schedule.

| | | |
|---|---|---|
| 1) | Joinder of Additional Parties | 12/14/2026 |
| 2) | Filing of Motions to Amend Complaint by: | 12/14/2026 |
| 3) | Initial Rule 26(a)(1) Disclosures by: | 4/27/2026 |
| 4) | Fact Discovery Shall be Completed by: | 8/16/2027 |
| 5) | Plaintiff(s) Shall Disclose Expert, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by: | 9/16/2027 |
| 6) | Defendants(s) Shall Disclose Expert, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by: | 10/15/2027 |
| 7) | Exchange of Rebuttal Expert Witness Summaries and Reports as Required by Fed. R. Civ. P. 26(A)(2) by: | 10/29/2027 |
| 8) | Expert Discovery Shall be Completed by: | 11/12/2027 |
| 9) | Selection of Mediator by: | 8/16/2027 |
| 10) | Mediation by: | 11/12/2027 |
| 11) | Dispositive Motions, Including those Regarding Summary Judgment and *Daubert*, by: | 12/17/2027 |
| 12) | All Pretrial Motions and Memoranda of Law by: | 1/24/2028 |
| 13) | Motions in Limine by: | 1/24/2028 |
| 14) | All Pretrial Motions Resolved by the Court by: | Leave blank for Court |
| 15) | Joint Pretrial Stipulation, Proposed Jury Instructions, Proposed Joint Verdict Form and/or Proposed Findings of Fact and Conclusions of Law by: | 7 days before pretrial conference |
| 16) | Trial start date: | March 2028 |

**D. Proposals for the Formulation and Simplification of Issues.** At this time, the Parties do not have any proposals for the formulation and simplification of any issues. As the case progresses, the Parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

E. **Necessity of Amendments to Pleadings.** Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint, which could cause need for a Second Amended Complaint. Additionally, once Plaintiffs identify the names of Does 1-11, Plaintiff will need to amend their Complaint again to name each of the Does.

F. **Admissions and Stipulations Which Will Avoid Unnecessary Proof.** The Parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial.

G. **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence.** The Parties will work together to obtain admissions and stipulations that will avoid the unnecessary proof and presentation of cumulative evidence at trial.

H. **Referral of Matters to Magistrate Judge.** The Parties do not consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by a Magistrate Judge.

I. **Estimate of the Time Required for Trial.** The Parties' preliminary estimate of the time required for trial is at least 10 days.

J. **Pretrial Conference and Trial Dates.** The Parties request that the pretrial conference be scheduled for February 2028, and that the trial be scheduled to commence in March 2028. Plaintiff has requested a jury trial in its Complaint.

K. **Issues:**

   a. *Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.* The Parties request that all relevant discovery, documents, and communications (including but not limited to texts and emails of the individual defendants and within the FDOC server) responsive to the allegations in the Complaint and any defenses to the Complaint be preserved.
   b. At this time the Parties are not raising any privileges but do not waive their rights to do in the future.
   c. *Use of ESI Checklist.* The Parties agree to review Plaintiff's proposed ESI protocol which considers the Court's ESI Checklist.

L. **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.** The Parties agree that each side may exceed the 10-deposition limit set by Fed. R. Civ. P. 30 and agree that each side may, without leave of court, depose each party, each witness listed in any Party's Rule 26(a)(1) disclosure, all expert witnesses, all 30(b)(6) designees, and 5 additional witnesses per side. Additionally, the Parties anticipate that it will be necessary to take depositions of incarcerated individuals and stipulate pursuant to Fed. R. Civ. P. 30(a)(2) that any side may take the deposition of an incarcerated individual without seeking leave of court each time, pursuant to the proposed language in the Proposed Scheduling Order.

Dated: April 17, 2026

Respectfully submitted,

*/s/ James M. Slater*  
James M. Slater (FBN 111779)  
SLATER LEGAL PLLC  
9000 Dadeland Blvd. #1500  
Miami, Florida 33156  
Tel. (305) 523-9023  
james@slater.legal

/s/ *Christopher J. Whitelock*  
CHRISTOPHER J. WHITELOCK (FBN: 067539)  
JESSALYNN R. KANTZAVELOS (FBN: 117926)  
WHITELOCK & ASSOCIATES, P.A.  
300 Southeast Thirteenth Street  
Fort Lauderdale, Florida 33316  
Phone No.: (954) 463-2001  
Facsimile No.: (954) 463-0410

*Attorneys for Defendants*

Sarah Grady*  
Matthew Underwood*  
David Schmutzer*  
Amelia Caramadre*  
KAPLAN & GRADY LLC  
2071 N. Southport Ave., Ste. 205  
Chicago, Illinois 60614  
(312) 852-2184

*Attorneys for Plaintiffs*  
*\*Admitted pro hac vice*