**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

        Plaintiffs,

    v.

SERGEANT HERNANDEZ, *et al.*,

        Defendants.

_____/

## JOINT PROPOSED SCHEDULING ORDER

The Court, after considering the matters discussed in the Parties' Joint Scheduling Report, finds that good cause exists for the entry of this Joint Scheduling Report.

### A. Case Management Track
This matter is assigned to the complex case management track pursuant to Local Rule 16.1(a)(2)(C) and (3).

### B. Discovery Schedule Agreed to by the Parties
The Parties shall comply with deadlines set forth below:

| | | |
|---|---|---|
| 1) | Joinder of Additional Parties | 12/14/2026 |
| 2) | Filing of Motions to Amend Complaint by: | 12/14/2026 |
| 3) | Initial Rule 26(a)(1) Disclosures by: | 4/27/2026 |
| 4) | Fact Discovery Shall be Completed by: | 8/16/2027 |
| 5) | Plaintiff(s) Shall Disclose Expert, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by: | 9/16/2027 |
| 6) | Defendants(s) Shall Disclose Expert, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by: | 10/15/2027 |

| | |
|---|---|
| 7) Exchange of Rebuttal Expert Witness Summaries and Reports as Required by Fed. R. Civ. P. 26(A)(2) by: | 10/29/2027 |
| 8) Expert Discovery Shall be Completed by: | 11/12/2027 |
| 9) Selection of Mediator by: | 8/16/2027 |
| 10) Mediation by: | 11/12/2027 |
| 11) Dispositive Motions, Including those Regarding Summary Judgment and *Daubert*, by: | 12/17/2027 |
| 12) All Pretrial Motions and Memoranda of Law by: | 1/24/2028 |
| 13) Motions in Limine by: | 1/24/2028 |
| 14) All Pretrial Motions Resolved by the Court by: | Leave blank for Court |
| 15) Joint Pretrial Stipulation, Proposed Jury Instructions, Proposed Joint Verdict Form and/or Proposed Findings of Fact and Conclusions of Law by: | 7 days before pretrial conference |
| 16) Trial start date: | March 2028 |

**C. Other Rule Variations.**

Per the Parties' agreement, each side may exceed the 10-deposition limit set by Fed. R. Civ. P. 30 and may, without leave of court, depose each party, each witness listed in any Party's Rule 26(a)(1) disclosure, all expert witnesses, all 30(b)(6) designees, and 5 additional witnesses per side. Additionally, pursuant to the Parties' anticipation that taking depositions of incarcerated individuals will be necessary, the Court hereby grants leave to the Parties to take depositions of incarcerated individuals pursuant to Fed. R. Civ. P. 30(a)(2)(B).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of

_____, 2026.

_____

Donald M. Middlebrooks
United States District Judge