## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:26-CV-14004

Plaintiff: **CHRISTINNA WHITE, AS PERSONAL PRESENTATIVE OF THE ESTATE OF CODY LEE WHITE , AND CASEY WHITE**
vs.
Defendant: **SERGEANT DISAN HERNANDEZ, et al.**


ODY2026004695

For:
Alexandra Gergova
Kaplan & Grady LLC
2071 N. Southport Ave.
Ste. 205
Chicago, IL 60614

Received by VICTORIA WOLF on the 1st day of April, 2026 at 2:39 pm to be served on **DISAN HERNANDEZ,** ▮▮▮▮▮▮▮

I, VICTORIA WOLF, do hereby affirm that on the **14th day of April, 2026 at 3:42 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DISAN HERNANDEZ** at the address of: **3420 N.E. 168TH ST., OKEECHOBEE, FL 34972**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 28, Sex: M, Race/Skin Color: Hispanic, Height: 5'9", Weight: 280, Hair: Dark Brown, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which se rvice was affected in accordance with State Statute.

**VICTORIA WOLF**
23-15

**ODY'S PROFESSIONAL PROCESS**
**P.O. BOX 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026004695
Ref: DH-14004

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Christinna White, as Personal Representative of the
Estate of Cody Lee White, and Casey White,

                              Plaintiff(s)

v.

Sergeant Hernandez, et al.

                              Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:26cv14004

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)   Sergeant Hernandez
                                      3420 NE 168th Street
                                      Okeechobee, Florida 34972-4824

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     James M. Slater
                                      Slater Legal PLLC
                                      9000 Dadeland Blvd #1500
                                      Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **Jan 5, 2026**

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court