UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   26-CV-14004-DMM

CHRISTINNA WHITE, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF CODY LEE WHITE AND CASEY
WHITE, INDIVIDUALLY,

PLAINTIFFS,

VS.

SERGEANT HERNANDEZ, SERGEANT
CLIFTON MCCLAY YATES, CORRECTIONAL
OFFICER CORRADO, CORRECTIONAL
OFFICER THOMAS DUNN, CAPTAIN
WILLIAM HAMILTON, SERGEANT ANDRIANA
RANKINE, LIEUTENANT DENNIS BURNEY,
SERGEANT CARTER, JESUS CRUZADO,
BOYKINS AND DOES 1-11,

DEFENDANTS.
_____/

**ORDER ON DEFENDANTS SERGEANT HERNANDEZ, SERGEANT CLIFTON
MCCLAY YATES, OFFICER MICHAEL CORRADO, OFFICER THOMAS DUNN,
CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA RANKINE,
LIEUTENANT DENNIS BURNEY AND JESUS CRUZADO, MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED
COMPLAINT ON BEHALF OF SERGEANT HERNANDEZ**

**THIS CAUSE** having come before the Court upon Defendants, SERGEANT

HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, OFFICER MICHAEL CORRADO,

OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA

RANKINE, LIEUTENANT DENNIS BURNEY AND JESUS CRUZADO Motion for Extension

of Time to File Response to Plaintiff's Amended Complaint on behalf of Sergeant Hernandez, and

the Court being duly advised in the premises, it is hereupon,

**ORDERED AND ADJUDGED** that said extension is hereby GRANTED and that Defendants, shall have up through and including May 12, 2026, in which to file their response.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ____ day of May, 2026.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

Copies furnished to:

Christopher J. Whitelock, Esq.
e-mail: cjw@whitelocklegal.com

James M. Slater, Esq.
e-mail: james@slater.legal

Sarah Grady, Esq.
Matthew Underwood, Esq.
David Schmutzer, Esq.
Amelia Caramadre, Esq.
Email: david@kaplangrady.com
sarah@kaplangrady.com
amelia@kaplangrady.com
matthew@kaplangrady.com