UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:    26-CV-14004-DMM

CHRISTINNA WHITE, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF CODY LEE WHITE AND CASEY
WHITE, INDIVIDUALLY,

PLAINTIFFS,

VS.

SERGEANT HERNANDEZ, SERGEANT
CLIFTON MCCLAY YATES, CORRECTIONAL
OFFICER CORRADO, CORRECTIONAL
OFFICER THOMAS DUNN, CAPTAIN
WILLIAM HAMILTON, SERGEANT ANDRIANA
RANKINE, LIEUTENANT DENNIS BURNEY,
SERGEANT CARTER, JESUS CRUZADO,
BOYKINS AND DOES 1-11,

DEFENDANTS.

/

**DEFENDANTS SERGEANT HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, OFFICER MICHAEL CORRADO, OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA RANKINE, LIEUTENANT DENNIS BURNEY, AND JESUS CRUZADO, MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT**

Defendant, DISAN HERNANDEZ, CLIFTON MCCLAY YATES, MICHAEL CORRADO, THOMAS DUNN, WILLIAM HAMILTON, ANDRIANA RANKINE, DENNIS BURNEY, AND JESUS CRUZADO (the "Moving Defendants"), by and through its undersigned counsel, Whitelock & Associates, P.A., and pursuant to S.D. Fla. L.R. 7.1, hereby files this Motion

for Extension of Time to file Reply to Plaintiff's Response to Motion to Dismiss Amended Complaint, and states as follows:

1. Defendants' Reply to Plaintiff's Response is due on May 5, 2026.

2. However, due to Defendants' counsel's scheduling conflicts, Defendants' counsel is requesting up to and including May 12, 2026, in order to properly prepare an adequate reply.

3. This request is submitted in good faith and not for the purposes of undue delay.

4. The undersigned certifies in accordance with S.D. Fla. L.R. 7.1(a)(2) that he has attempted to confer with Plaintiff's counsel who, at the time of this filing, has not responded to said request.

**WHEREFORE**, Defendants, DISAN HERNANDEZ, CLIFTON MCCLAY YATES, MICHAEL CORRADO, THOMAS DUNN, WILLIAM HAMILTON, ANDRIANA RANKINE, DENNIS BURNEY, AND JESUS CRUZADO, respectfully request that the instant Motion be granted. A proposed order shall be submitted herewith as required.

Respectfully submitted,

WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Phone No.: (954) 463-2001
Facsimile No.: (954) 463-0410
Counsel for Defendants, Hernandez, Yates, Corrado, Dunn, Hamilton, Rankine, Burney, and Cruzado

/s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK
Florida Bar No. 067539
JESSALYNN R. KANTZAVELOS
Florida Bar No. 117926

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/Christopher J. Whitelock

## SERVICE LIST

James M. Slater, Esq.
Slater Legal, PLLC
9000 Dadeland Blvd., #1500
Miami, FL 33156
e-mail: james@slater.legal

Sarah Grady, Esq.
Matthew Underwood, Esq.
David Schmutzer, Esq.
Amelia Caramadre, Esq.
Kaplan & Grady, LLC
2071 N. Southport Ave., Suite 205
Chicago, IL 60614
Email: david@kaplangrady.com
sarah@kaplangrady.com
amelia@kaplangrady.com
matthew@kaplangrady.com