**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

      Plaintiffs,

  v.

SERGEANT HERNANDEZ, *et al.*,

      Defendants.

_____/

### PLAINTIFFS' RESPONSE TO DEFENDANTS YATES, CORRADO, DUNN, HAMILTON, RANKINE, BURNEY, AND CRUZADO'S MOTIONS TO EXTEND

Plaintiffs, by and through their undersigned counsel, hereby respond to Defendants Yates, Corrado, Dunn, Hamilton, Rankine, Burney, and Cruzado's Motion for Extension of Time to Respond/Answer Plaintiffs' Amended Complaint on behalf of Defendant Hernandez (Dkt. No. 42), and Defendants' Motion for Extension of Time to Reply to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. No. 43), and state as follows:

1.     Defendant Hernandez's response to Plaintiffs' Amended Complaint and Defendants Yates, Corrado, Dunn, Hamilton, Rankine, Burney, and Cruzado's reply to their Motion to Dismiss Plaintiffs' Amended Complaint were both due on May 5, 2026.

2.     At 1:32pm EST on May 5, counsel for Defendants emailed Plaintiff's counsel and asked for their position on an extension.

3.     At 4:20pm EST, before someone from Plaintiffs' counsel could respond, Defendants had already filed their motions.

4.      Plaintiffs respond now to inform the Court that they do not object to these proposed

extensions.


Dated: May 7, 2026                                Respectfully submitted,

                                                  */s/ James M. Slater*
                                                  James M. Slater (FBN 111779)
                                                  SLATER LEGAL PLLC
                                                  9000 Dadeland Blvd. #1500
                                                  Miami, Florida 33156
                                                  Tel. (305) 523-9023
                                                  james@slater.legal

                                                  Sarah Grady*
                                                  Matthew Underwood*
                                                  David Schmutzer*
                                                  Amelia Caramadre*
                                                  KAPLAN & GRADY LLC
                                                  2071 N. Southport Ave., Ste. 205
                                                  Chicago, Illinois 60614
                                                  (312) 254-8629

                                                  *Admitted *pro hac vice*

                                                  *Attorneys for Plaintiffs*