## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:26-CV-14004

**Plaintiff: CHRISTINNA WHITE, AS PERSONAL PRESENTATIVE OF THE ESTATE OF CODY LEE WHITE , AND CASEY WHITE**
**v.**

**Defendant: SERGEANT DISAN HERNANDEZ, et al.**

For:
Kaplan & Grady LLC
2071 N. Southport Ave.
Chicago, IL 60614

ODY2026004901

Received by ENIL CERRANO on the 10th day of April, 2026 at 1:50 pm to be served on **CHANDRA CARTER,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

I, ENIL CERRANO, do hereby affirm that on the **1st day of May, 2026** at **8:30 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS; AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CHANDRA CARTER** at the address of: **1150 S.W. ALLAPATTAH RD., INDIANTOWN, FL 34956**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 29, Sex: F, Race/Skin Color: Black, Height: 5'4", Weight: 160, Hair: Black, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am  over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which se rvice was affected in accordance with State Statute.

**ENIL CERRANO**
18-03

**ODY'S PROFESSIONAL PROCESS**
**P.O. BOX 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026004901
Ref: CC-14004

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

Served 5/1/26, 8:30 am
EC #18-03

Christinna White, as Personal Representative of the
Estate of Cody Lee White, and Casey White,

| | )|
|---|---|
| | ) |
| | ) |
| | ) |
| _____Plaintiff(s)_____ | ) |
| v. | ) |
| | ) Civil Action No.  2:26cv14004 |
| Sergeant Hernandez, et al. | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  Sergeant Carter
3420 NE 168th Street
Okeechobee, Florida 34972-4824

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    __Jan 5, 2026__

_s/ C. A. Weech_
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court