**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

      Plaintiffs,

 v.

SERGEANT HERNANDEZ, *et al.*,

      Defendants.

_____/

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANT HERNANDEZ'S MOTION TO DISMISS BY JOINDER**

Plaintiffs Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White, in his individual capacity, by and through their counsel, respectfully request that this Court grant a 10-day extension up to and including June 5, 2026 to respond to Defendant Disan Hernandez's Motion to Dismiss. Dkt. 49.

In support, Plaintiffs state as follows:

1.     Defendant Chandra Carter filed her Motion to Dismiss on May 22, 2026. *See* Dkt. 50.

2.     Plaintiffs' response to Defendant Sergeant Disan Hernandez's Motion to Dismiss is due May 26, 2026. *See* Dkt. 49.

3.     Plaintiffs seek an extension that would permit them to respond to both motions to dismiss on the same day in one consolidated filing. There is good cause to grant this extension: Doing so would conserve the Court's and the parties' resources and streamline the briefing for the pending dismissal motions.

4.      Both Defendants' motions raise similar arguments for dismissal. *See* Dkts. 49-50.

5.      Plaintiffs conferred with counsel for Defendants Hernandez, Carter, Yates, Corrado, Dunn, Hamilton, Rankine, Burney, and Cruzado by in writing on Friday, May 22. Counsel for Defendants agree to the requested relief. *See* L.R. 7.1(a)(3).

**WHEREFORE**, Plaintiffs respectfully request that the Court grant their motion and extend their time to respond to Defendant Hernandez's Motion to Dismiss by 10 days, up to and including June 5, 2026.

<u>**CERTIFICATE OF GOOD-FAITH CONFERENCE**</u>

Per Local Rule 7.1(a)(3), Plaintiffs' counsel emailed counsel for Defendants Hernandez, Carter, Yates, Corrado, Dunn, Hamilton, Rankine, Burney, and Cruzado on May 22. Counsel for Defendants represented that they consent to the relief requested herein.

Dated: May 26, 2026

Respectfully submitted,

<u>*/s/ James M. Slater*</u>
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal

Sarah Grady*
Matthew Underwood*
David Schmutzer*
Amelia Caramadre*
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 254-8629

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*