# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

      Plaintiffs,

 v.

SERGEANT HERNANDEZ, *et al.*,

      Defendants.

_____/

### PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS YATES, DUNN, HAMILTON, RANKINE, BURNEY, CRUZADO, AND CORRADO

Plaintiffs, Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White, in his individual capacity, hereby propound the following Interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure upon Defendants Clifton McClay Yates, Thomas Dunn, William Hamilton, Andriana Rankine, Dennis Burney, Jesus Cruzado, and Michael Corrado, to be answered within thirty days after service hereof.

### Definitions

1.    "Plaintiffs" refers to Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White, in his individual capacity, as well as their counsel and any of their representatives, agents, or other Persons acting on their behalf.

2.    "Defendant," "you," and "your," shall refer to any of the defendants, as well as their counsel and any of their present or former divisions, subsidiaries, officers, directors, affiliates, employees, consultants, contractors, experts, investigators, representatives, agents or other Persons acting on any of their behalf.

3.    The "Prison" or "OCI" shall refer to the Okeechobee Correctional Institution and any of its present or former divisions.

4.    The term "Document" shall have the broadest possible meaning under the Federal Rules of Civil Procedure and shall include any handwritten, typed, photographed, computerized, electronic, audio, video, or other graphical matter, regardless of how it is printed, stored or reproduced, in your possession, custody, or control, or known by you to exist, whether or not claimed to be privileged or otherwise excludable from discovery. Any Documents with any marks or notations, including but not limited to initials, routing

instructions, date stamps, and any comments, marking or notation of any character, is to be considered a separate document. In addition, for any Document consisting of electronically stored information, each electronically stored version of that Document and all electronically stored information relating to that Document shall be considered a separate document.

5.      "Person" shall refer to any individual, corporation, partnership, organization, or other legal entity.

6.      "Plaintiffs' Complaint" or "the Complaint" shall mean the operative pleading entitled Consent Amended Complaint, which was filed in *White v. Yates, et al.*, No. 26-cv-14004 (S.D. Fla.) on March 31, 2026 (Dkt. 35), or any amended version of that document filed after these instructions are given.

7.      A "complaint" shall refer to any complaint, criticism, grievance, or request for remedy against or relating in any manner to the job performance of any person, including any Defendant (including any Defendant's counsel, employee(s), representative(s), agent(s), contractor(s), expert(s), consultant(s), or other Person(s) acting on the Defendant's behalf), regardless of the disposition of any resulting inquiry or investigation. This includes but is not limited to any personnel or disciplinary matters, any formal or informal, or written or unwritten grievances.

8.      A "Complaint" refers to the initiating document in any lawsuit filed in state or federal court which lays out the allegations against named defendants.

9.      "Identify" with respect to a Person, shall mean to provide that Person's name, address, and telephone number. With respect to a Document, "identify" shall mean to provide the date of the Document, the author of the Document, the subject matter of the Document, the Bates number with which it is marked for production, and where applicable, all recipients of the Document. With respect to a Communication, "identify" shall mean to provide the date of the Communication, the Person making the Communication, the subject matter of the Communication, and all Persons who received the Communication.

10.     "Relate," "relating to," or "regarding" shall mean directly or indirectly mentioning or describing, pertaining to, being connected with, reflecting upon, or having any logical or factual connection with a stated subject matter.

11.     "Communication(s)" means the exchange of information between two or more Persons, whether orally, in writing, or by any other means. Communication includes but is not limited to letters, memoranda, e-mail, notes, audio recordings, video recordings, SMS or text messages, Tweets, and other exchanges on social media such as Facebook, Twitter, Instagram, or Snapchat.

2

12.     "And" and "or" mean "and/or" so that the terms are given their broadest possible meaning. In construing a request, the singular shall include the plural and the plural shall include the singular, and the use of a masculine, feminine, or neutral pronoun shall not exclude any of the others. The past tense shall include the present tense and the present tense shall include the past tense, where the clear meaning is not destroyed by the change.

13.     "Electronically stored information" means all on- and off-site computer systems and removable electronic media, all computer systems, computers, tablets, cellular telephones, and devices (including all remote access and wireless devices), including but not limited to e-mail and other electronic communications; electronically stored documents, records, images, graphics, recordings, spreadsheets, databases, calendars, system usage logs, contract manager information, telephone logs, internet usage files, deleted files, cache files, user information, and other data, including archives, backup and disaster recovery tapes, discs, drives, cartridges, voicemail and other data, as well as all operating systems, software, applications, hardware, operating manuals, codes, keys and other support information needed to fully search, use, and access the electronically stored information.

14.     The terms "Cody White's murder" and "Cody White's Death" shall refer to his killing by Justin Settle in February 2025.

### Interrogatories

1.     Identify the complete name(s) and title(s) of any correctional employees at Okeechobee Correctional Institution between January 1, 2025 and February 15, 2025 with either the name of or any name that seems like, appears to be, resembles, and/or sounds like Boykins. For the avoidance of doubt, this includes but is not limited to Boykin, Butkin, Butkins, Bookings, Bookins, Brookings, Brookins, Brookin, Booking, Brodkins, Brodkin, Bodkin, Bodkins, Botkin, Botkins, Buykin, or Buykins. This request should also be construed as broadly as possible to encompass the identities of employees whose last names begin with "B" and end with "ins" or "ings".

3

Dated: April 14, 2026                          Respectfully submitted,

                                               /s/ *David Schmutzer*
                                               David Schmutzer
                                               Attorney for Plaintiffs


James M. Slater (FBN 111779)
SLATER LEGAL PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
(305) 523-9023
james@slater.legal

Sarah Grady*
Matthew Underwood*
David Schmutzer*
Amelia Caramadre*
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 852-2184
david@kaplangrady.com

*Admitted *pro hac vice*

4

## <u>CERTIFICATE OF SERVICE</u>

I, David Schmutzer, an attorney, hereby certify that on April 14, 2026, I caused the foregoing to be sent to counsel of record via e-mail.

<u>/s/ *David Schmutzer*</u>
David Schmutzer
Attorney for Plaintiffs