# Exhibit 3



**Alexandra Gergova <alexandra@kaplangrady.com>**

## White v. Hernandez, et.al.

**cjw whitelocklegal.com** <cjw@whitelocklegal.com>                Thu, May 28, 2026 at 4:05 PM
To: David Schmutzer <david@kaplangrady.com>
Cc: "James M. Slater" <james@slater.legal>, Sarah Grady <sarah@kaplangrady.com>, Amelia Caramadre
<amelia@kaplangrady.com>, Alexandra Gergova <alexandra@kaplangrady.com>, Matthew Underwood
<matthew@kaplangrady.com>, "davidfrank whitelocklegal.com" <davidfrank@whitelocklegal.com>, Jessalynn Kantzavelos
<jrk@whitelocklegal.com>, "ark whitelocklegal.com" <ark@whitelocklegal.com>

Sure my bad. Apologies, and yes we are close.

Christopher J. Whitelock, Esq.

Whitelock & Associates, P.A.

Whitelock Law Building

300 Southeast Thirteenth Street

Fort Lauderdale, Florida 33316

Phone:

954-463-2001

Facsimile:

954-463-0410

E-Mail:

cjw@whitelocklegal.com

Website:

www.whitelocklaw.com

**CONFIDENTIAL**:  *This communication is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited.*

**IRS CIRCULAR 230 NOTICE**: *Any tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.*

**1**

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Thursday, May 28, 2026 5:00 PM
**To:** cjw whitelocklegal.com <cjw@whitelocklegal.com>
**Cc:** James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>; Jessalynn Kantzavelos <jrk@whitelocklegal.com>; ark whitelocklegal.com <ark@whitelocklegal.com>
**Subject:** Re: White v. Hernandez, et.al.

We had sent around a calendar invite with a dial in number to discuss your ROG response. In any event, I will take a look this evening at the latest version that Amber recirculated. Seems like we are close.

David A. Schmutzer

**KAPLAN & GRADY LLC**

Associate

2071 N. Southport Ave., Ste. 205

Chicago, IL 60614

(312) 254-8629

david@kaplangrady.com

kaplangrady.com

Pronouns: he/him

On Thu, May 28, 2026 at 4:52 PM cjw whitelocklegal.com <cjw@whitelocklegal.com> wrote:

> I emailed you but sure. I am here and been all day, if we need to speak but I assumed this was all basic at this point and yes, we would agree. I would just need to have it at least filed.
>
> I am also around all day tomorrow, but I have a federal hearing in am at 930. So I can chat after that and email when done.
>
> Thanks.
>
> Christopher J. Whitelock, Esq.
>
> Whitelock & Associates, P.A.
>
> Whitelock Law Building
>
> 300 Southeast Thirteenth Street

**2**

Fort Lauderdale, Florida 33316

Phone:

954-463-2001

Facsimile:

954-463-0410

E-Mail:

cjw@whitelocklegal.com

Website:

www.whitelocklaw.com

**CONFIDENTIAL**:  *This communication is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited.*

**IRS CIRCULAR 230 NOTICE**: *Any tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.*

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Thursday, May 28, 2026 4:35 PM
**To:** cjw whitelocklegal.com <cjw@whitelocklegal.com>
**Cc:** James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>; Jessalynn Kantzavelos <jrk@whitelocklegal.com>; ark whitelocklegal.com <ark@whitelocklegal.com>
**Subject:** Re: White v. Hernandez, et.al.

Chris,

We were scheduled to speak at 4pm, but you did not show. I want to offer a compromise to resolve this issue: I expect we will have our motions for entry of the confidentiality and HIPAA QPOs on file tomorrow. Can we agree that you will update the ROG and make an initial production of documents one week from tomorrow, by Friday 6/5? Plaintiffs will also make a production by that date. To be clear, this would not be contingent on the Court entering the orders; rather, the parties agree to abide by them once they are on file, as if the Court had entered them. I just don't want the parties stuck in a holding pattern in case the Court takes its time acting on the motions.

Let me know. If that works for you, great. If not, please send me some times tomorrow when you are free, so we can have our call.

**3**

IRS CIRCULAR 230 NOTICE: Any tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Friday, May 22, 2026 12:41 PM
**To:** ark whitelocklegal.com <ark@whitelocklegal.com>
**Cc:** James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; cjw whitelocklegal.com <cjw@whitelocklegal.com>; davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>; Jessalynn Kantzavelos <jrk@whitelocklegal.com>
**Subject:** Re: White v. Hernandez, et.al.

Thanks, April. Let's use our conference line so that others can join if they so choose:

(312) 870-6189

Access Code: 250380

On Fri, May 22, 2026 at 12:37 PM ark whitelocklegal.com <ark@whitelocklegal.com> wrote:

> 4:00 p.m. on 5/28 is good.  Please provide our office with a good contact number and I will send calendar invite.  Thank you.
>
> April R. Israel, Paralegal
>
> Whitelock & Associates, P.A.
>
> The Whitelock Law Building
>
> 300 Southeast Thirteenth Street
>
> Fort Lauderdale, FL  33316

**4**

Phone:     (954) 463-2001

Fax:        (954) 463-0410

E-mail:     ark@whitelocklegal.com

Website:  www.whitelocklaw.com

CONFIDENTIAL:  This communication is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited.

IRS CIRCULAR 230 NOTICE: Any tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Friday, May 22, 2026 12:25 PM
**To:** ark whitelocklegal.com <ark@whitelocklegal.com>
**Cc:** James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; cjw whitelocklegal.com <cjw@whitelocklegal.com>; davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>; Jessalynn Kantzavelos <jrk@whitelocklegal.com>
**Subject:** Re: White v. Hernandez, et.al.

How about 4pm on Thursday 5/28?

On Fri, May 22, 2026 at 12:24 PM ark whitelocklegal.com <ark@whitelocklegal.com> wrote:

Dear Mr. Schmutzer:

Please be advised that Mr. Whitelock is available on the afternoon of Wednesday 5/27 and Thursday 5/28.  Please advise which date and time works best with you.  Thank you.

April R. Israel, Paralegal

**5**

Whitelock & Associates, P.A.

The Whitelock Law Building

300 Southeast Thirteenth Street

Fort Lauderdale, FL  33316


Phone:      (954) 463-2001

Fax:          (954) 463-0410

E-mail:      ark@whitelocklegal.com

Website:  www.whitelocklaw.com


CONFIDENTIAL:  This communication is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited.


IRS CIRCULAR 230 NOTICE: Any tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.


**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Thursday, May 21, 2026 5:34 PM
**To:** cjw whitelocklegal.com <cjw@whitelocklegal.com>
**Cc:** Jessalynn Kantzavelos <jrk@whitelocklegal.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>; ark whitelocklegal.com <ark@whitelocklegal.com>
**Subject:** Re: White v. Hernandez, et.al.


Why don't you just email me some times that work for you? Any afternoon next week is open for me. We will try to get back to you on the confidentiality orders early next week. Hope you have a nice holiday weekend.


On Thu, May 21, 2026 at 5:16 PM cjw whitelocklegal.com <cjw@whitelocklegal.com> wrote:

**6**

No we submitted them to you with the other items, but I don't believe we heard or got back?

As to the lone item on the rogg, I can call you Tuesday hopefully and set up a time.

Christopher J. Whitelock, Esq.

Whitelock & Associates, P.A.

Whitelock Law Building

300 Southeast Thirteenth Street

Fort Lauderdale, Florida 33316

Phone:

954-463-2001

Facsimile:

954-463-0410

E-Mail:

cjw@whitelocklegal.com

Website:

www.whitelocklaw.com

**CONFIDENTIAL**: *This communication is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited.*

**IRS CIRCULAR 230 NOTICE**: *Any tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.*

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Thursday, May 21, 2026 5:05 PM
**To:** cjw whitelocklegal.com <cjw@whitelocklegal.com>
**Cc:** Jessalynn Kantzavelos <jrk@whitelocklegal.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; davidfrank whitelocklegal.com

**7**

&lt;davidfrank@whitelocklegal.com&gt;; ark whitelocklegal.com
&lt;ark@whitelocklegal.com&gt;

**Subject:** Re: White v. Hernandez, et.al.

Are you asking if we can discuss the proposed confidentiality orders when we meet and confer? If so, then yes, that is fine.

On Thu, May 21, 2026 at 4:58 PM cjw whitelocklegal.com &lt;cjw@whitelocklegal.com&gt; wrote:

David,

We will provide times, but I disagree.

Incidentally, are there any objections to the times provided to you including the proposed CO.

Thanks.

Christopher J. Whitelock, Esq.

Whitelock & Associates, P.A.

Whitelock Law Building

300 Southeast Thirteenth Street

Fort Lauderdale, Florida 33316

Phone:

954-463-2001

Facsimile:

954-463-0410

E-Mail:

cjw@whitelocklegal.com

Website:

www.whitelocklaw.com

**CONFIDENTIAL**: *This communication is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this*

**8**

*transmission (including any attachments) is strictly prohibited.*

**IRS CIRCULAR 230 NOTICE**: *Any tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.*

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Thursday, May 21, 2026 4:50 PM
**To:** cjw whitelocklegal.com <cjw@whitelocklegal.com>; Jessalynn Kantzavelos <jrk@whitelocklegal.com>
**Cc:** James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>; ark whitelocklegal.com <ark@whitelocklegal.com>
**Subject:** Re: White v. Hernandez, et.al.

Counsel,

I write to raise issues with your interrogatory response. First, you may not condition your answer on the parties entering confidentiality orders in the case. Indeed, the identity of FDOC employees is public information. Second, although no magistrate judge has been assigned to this case, your general objections violate the standing orders of many of the magistrate judges in the district.

Can you please send some times when you are available to meet and confer next week after the holiday?

Thanks,
David

On Thu, May 21, 2026 at 4:10 PM ark whitelocklegal.com <ark@whitelocklegal.com> wrote:

> Attached hereto please find the Defendants' Notice of Service of Answers to Plaintiffs' First Set of Interrogatories.
>
> April R. Israel, Paralegal

**9**