**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

      Plaintiffs,

    v.

SERGEANT HERNANDEZ, *et al.*,

      Defendants.

_____/

### [PROPOSED] ORDER ON MOTION TO COMPEL

THIS MATTER is before the Court on Plaintiffs Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White's motion to compel (the "Motion"), wherein Plaintiffs seek an order compelling Defendants to participate in discovery, provide a substantive response to Plaintiffs' First Set of Interrogatories, enforce the parties' discovery stipulation, and award Plaintiffs their reasonable attorneys' fees for being forced to bring this motion. Being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that

1.      The Motion is GRANTED.

2.      Defendants are ORDERED to participate in discovery.

3.      Defendants are FURTHERED ORDERED to provide answers to Plaintiff's First Set of Interrogatories no later than seven (7) days from the date of this Order.

4.      The Court FINDS that Plaintiffs are entitled to reasonable attorneys' fees under Rule 37. The parties shall confer on the matter of fees and if they are not able to resolve the same,

Plaintiffs shall file supplemental briefing and support for an award of attorneys' fees within fourteen (14) days from the date of this Order.

      DONE AND ORDERED this _____ day of June 2026 in West Palm Beach, Florida.

 

_____

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

2