**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-14004-MIDDLEBROOKS

CHRISTINNA WHITE, as Personal Representative
of the Estate of Cody Lee White, and
CASEY WHITE, individually,

      Plaintiffs,

v.

SERGEANT HERNANDEZ, SERGEANT
CLIFTON MCCLAY YATES, CORRECTIONAL
OFFICER CORRADO, CORRECTIONAL
OFFICER THOMAS DUNN, CAPTAIN
WILLIAM HAMILTON, SERGEANT
ANDRIANA RANKINE, LIEUTENANT DENNIS
BURNEY, SERGEANT CARTER, JESUS
CRUZADO, BOYKINS, and DOES 1-11,

      Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon several motions. The first is Plaintiff's Motion to Compel and Enforce the Parties' Discovery Obligations, filed on June 18, 2026. (DE 60). The second is Non-Party Florida Department of Corrections' Motion for Protective Order, filed on July 9, 2026. (DE 66). And the third is Non-Party Florida Department of Corrections' Joinder in Defendants' Motion to Stay Discovery (DE 59) and Motion for Protective Order, filed on the same day. (DE 67).

On July 15, 2026, I entered an Order denying Defendants' Motion to Dismiss (DE 38). (DE 68). Additionally, and presumably in light of my Order, Defendants have withdrawn their Motion to Stay this case pending the adjudication of their Motion to Dismiss. (DE 69). Each of the instant Motions seek relief related to discovery obligations prior to my Order on the Motion to Dismiss and were postured around the now withdrawn Motion to Stay (DE 59). In light of my Order

denying the Motion to Dismiss (DE 68) and the Defendants' withdrawal of their Motion to Stay, I find each of these Motions moot.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1.  Plaintiff's Motion to Compel and Enforce the Parties' Discovery Obligations (DE 60) is **DENIED AS MOOT**.

2.  Non-Party Florida Department of Corrections' Motion for Protective Order (DE 66) is **DENIED AS MOOT**.

3.  Non-Party Florida Department of Corrections' Joinder in Defendants' Motion to Stay Discovery and Motion for Protective Order (DE 67) is **DENIED AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida this 16th day of July, 2026.

Donald M. Middlebrooks
United States District Judge