**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

       Plaintiffs,

  v.

SERGEANT HERNANDEZ, *et al.*,

       Defendants.

_____/

## AMENDED JOINT SCHEDULING REPORT

Pursuant to Local Rule 16.1(b)(2), the parties submit this Amended Joint Scheduling Report. The undersigned certify that on August 5, 2026, they conferred in accordance with Rule 26(f) and Local Rule 16.1(b). As set forth in Local Rule 16.1(b)(2), the parties provide the following information:

**Case Management Track**. This action involves 21 individual Defendants, and Plaintiffs intend to conduct ESI discovery as to each Defendant, which may result in voluminous evidence. While the parties previously anticipated that this matter would warrant assignment to the Complex Track and a discovery period exceeding 270 days, the Court has since set this case for trial during the two-week trial period commencing March 22, 2027 (ECF No. 71). The parties have therefore agreed to the expedited pretrial schedule set forth in Section C below in order to conform to the Court's trial setting, and will work in good faith to complete discovery within that compressed timeframe. The parties' preliminary estimate is that trial may take at least ten (10) days.

A. **Likelihood of Settlement**. At this time, the parties are unable to assess the likelihood of settlement but agree to keep settlement discussions open.

B. **Likelihood of Appearance of Additional Parties**. Plaintiffs have two named Defendants left to serve, and have been diligently attempting to do so. Plaintiffs are also working to obtain records that will identify names for Does 1-11.

**C.  Proposed Limits on Time**. The parties propose the following discovery schedule.

| | |
|---|---|
| 1) Joinder of Additional Parties | September 25, 2026 |
| 2) Filing of Motions to Amend Complaint by: | September 25, 2026 |
| 3) Initial Rule 26(a)(1) Disclosures, including initial exchange of documents by: | August 7, 2026 |
| 4) Fact Discovery Shall be Completed by: | October 23, 2026 |
| 5) Plaintiff(s) Shall Disclose Expert, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by: | November 6, 2026 |
| 6) Defendants(s) Shall Disclose Expert, Expert Witness Summaries, and Reports as Required by Fed. R. Civ. P. 26(a)(2) by: | December 4, 2026 |
| 7)  Exchange of Rebuttal Expert Witness Summaries and Reports as Required by Fed. R. Civ. P. 26(A)(2) by: | December 22, 2026 |
| 8) Expert Discovery Shall be Completed by: | January 8, 2027 |
| 9) Selection of Mediator by: | December 11, 2026 |
| 10) Mediation by: | January 29, 2027 |
| 11) Dispositive Motions, Including those Regarding Summary Judgment and *Daubert*, by: | February 4, 2027 |
| 12) All Pretrial Motions and Memoranda of Law by: | March 4, 2027 |
| 13) Motions in Limine by: | March 10, 2027 |
| 14) All Pretrial Motions Resolved by the Court by: | |
| 15) Joint Pretrial Stipulation, Proposed Jury Instructions, Proposed Joint Verdict Form and/or Proposed Findings of Fact and Conclusions of Law by: | March 10, 2027 |
| 16) Calendar Call | March 17, 2027 |
| 17) Trial start date: | March 22, 2027 |

D. **Proposals for the Formulation and Simplification of Issues.**  At this time, the Parties do not have any proposals for the formulation and simplification of any issues. As the case progresses, the Parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

E. **Necessity of Amendments to Pleadings.** Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint, which the Court denied on July 15, 2026 (ECF No. 68). Additionally, once Plaintiffs identify the names of Does 1-11, Plaintiff will need to amend their Complaint again to name each of the Does.

F. **Admissions and Stipulations Which Will Avoid Unnecessary Proof.** The Parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial.

G. **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence.** The Parties will work together to obtain admissions and stipulations that will avoid the unnecessary proof and presentation of cumulative evidence at trial.

H. **Referral of Matters to Magistrate Judge.** The Parties do not consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by a Magistrate Judge.

I. **Estimate of the Time Required for Trial.** The Parties' preliminary estimate of the time required for trial is at least 10 days.

J. **Pretrial Conference and Trial Dates.** The Court has set this matter for trial during the two-week trial period commencing March 22, 2027, with Calendar Call on March 17, 2027 (ECF No. 71). Plaintiffs have requested a jury trial in their Complaint.

K. **Issues:**

   a. *Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.* The Parties request that all relevant discovery, documents, and communications (including but not limited to texts and emails of the individual defendants and within the FDOC server) responsive to the allegations in the Complaint and any defenses to the Complaint be preserved.
   b. At this time the Parties are not raising any privileges but do not waive their rights to do in the future.
   c. *Use of ESI Checklist.* The Parties agree to review Plaintiff's proposed ESI protocol which considers the Court's ESI Checklist.

L. **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.** The Parties agree that each side may exceed the 10-deposition limit set by Fed. R. Civ. P. 30 and agree that each side may, without leave of court, depose each party, each witness listed in any Party's Rule 26(a)(1) disclosure, all expert witnesses, all 30(b)(6) designees, and 5 additional witnesses per side. Additionally, the Parties anticipate that it will be necessary to take depositions of incarcerated individuals and stipulate pursuant to Fed. R. Civ. P. 30(a)(2) that any side may take the deposition of an incarcerated individual without seeking leave of court each time, pursuant to the proposed language in the Proposed Scheduling Order.

Dated: August 6, 2026

Respectfully submitted,

/s/ James M. Slater
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal


Sarah Grady*
Matthew Underwood*
David Schmutzer*
Amelia Caramadre*
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 852-2184

*Attorneys for Plaintiffs*
*Admitted pro hac vice*

/s/ Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK (FBN: 067539)
JESSALYNN R. KANTZAVELOS (FBN: 117926)
WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Phone No.: (954) 463-2001
Facsimile No.: (954) 463-0410

*Attorneys for Defendants*