UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO: 26-cv-14004-DMM

CHRISTINNA WHITE, as Personal Representative Of the Estate of Cody Lee White and CASEY WHITE, individually,

Plaintiffs,

vs.

SERGEANT DISAN HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER MICHAEL CORRADO, CORRECTIONAL OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA RANKINE, LIEUTENANT DENNIS BURNEY, SERGEANT CARTER, JESUS CRUZADO, BOYKINS and DOES 1-11,

Defendants.
_______________________________________/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the law firm of WYDLER LAW and WHITELOCK & ASSOCIATES, P.A., as follows:

1. Lourdes E. Wydler, Esq., and Wydler Law, shall be retained to appear as counsel of record for Defendants, OFFICER THOMAS DUNN, SERGEANT ANDRIANA RANKINE, JESUS CRUZADO and SERGEANT CARTER.

2. Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A., hereby withdraws as counsel of record for Defendants, OFFICER THOMAS DUNN, SERGEANT ANDRIANA RANKINE, JESUS CRUZADO and SERGEANT CARTER, terminating any further responsibility in regard to the representation of the Defendants, OFFICER THOMAS

DUNN, SERGEANT ANDRIANA RANKINE, JESUS CRUZADO and SERGEANT CARTER, in the above-styled cause.

3. Counsel for the movant has conferred with Plaintiff's counsel who has no objection to this Motion.

4. Accordingly, the Defendants request that this substitution of counsel be permitted and the instant motion be granted.

5. A copy of the proposed Order is attached as required.

**Respectfully submitted,**

WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
E-mail: cjw@whitelocklegal.com
Florida Bar No.: 0067539

/s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK
Florida Bar No.: 0067539
Attorneys for Defendants, Hernandez, Yates, Hamilton, Corrado and Burney

WYDLER LAW
1550 Madruga Avenue, Suite 400
Coral Gables, Florida 33146
Telephone: (305) 446-6628
E-mail: lew@wydlerlaw.com
Florida Bar No.: 719811

/s/Lourdes E. Wydler
LOURDES E. WYDLER
Florida Bar No.: 719811
Attorneys for Defendant, Dunn, Rankine, Cruzado and Carter

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 20, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

s/Christopher J. Whitelock

**SERVICE LIST**

James M. Slater, Esq.
Slater Legal, PLLC
9000 Dadeland Blvd., #1500
Miami, FL 33156
e-mail: james@slater.legal

Sarah Grady, Esq.
Matthew Underwood, Esq.
David Schmutzer, Esq.
Amelia Caramadre, Esq.
Kaplan & Grady, LLC
2071 N. Southport Ave., Suite 205
Chicago, IL 60614
Email: david@kaplangrady.com
sarah@kaplangrady.com
amelia@kaplangrady.com
matthew@kaplangrady.com