UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO: 26-cv-14004-DMM

CHRISTINNA WHITE, as Personal Representative Of the Estate of Cody Lee White and CASEY WHITE, individually,

Plaintiffs,

vs.

SERGEANT DISAN HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER MICHAEL CORRADO, CORRECTIONAL OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA RANKINE, LIEUTENANT DENNIS BURNEY, SERGEANT CARTER, JESUS CRUZADO, BOYKINS and DOES 1-11,

Defendants.
_______________________________________/

**ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL**

**THIS CAUSE,** having been presented to the Court on the foregoing Stipulation, and the Court having reviewed the file, and being otherwise fully advised herein, it is

**ORDERED AND ADJUDGED:**

1. This Stipulation for Substitution of Counsel be and the same is hereby approved and the parties are ordered to comply therewith.

2. Christopher J. Whitelock, Esq. and Whitelock & Associates, P.A. are hereby relieved of the responsibility of representing Defendants, Officer Thomas Dunn, Sergeant Andriana Rankine, Jesus Cruzado and Sergeant Carter, in the above-styled cause.

3. Lourdes E. Wydler, Esq. and the law firm of Wydler Law shall be the only attorney of record for Defendants, Officer Thomas Dunn, Sergeant Andriana Rankine, Jesus Cruzado and Sergeant Carter.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, on this ______ day of August, 2026.

_______________________________
HONORABLE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Christoher J. Whitelock, Esq.
e-mail: cjw@whitelocklegal.com

Lourdes E. Wydler, Esq.
lew@wydlerlaw.com

James M. Slater, Esq.
e-mail: james@slater.legal

Sarah Grady, Esq.
Matthew Underwood, Esq.
David Schmutzer, Esq.
Amelia Caramadre, Esq.
e-mail: david@kaplangrady.com
sarah@kaplangrady.com
amelia@kaplangrady.com
matthew@kaplangrady.com