**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-14004-MIDDLEBROOKS

CHRISTINNA WHITE, as Personal Representative Of the Estate of Cody Lee White and CASEY WHITE, individually,

Plaintiffs,

v.

SERGEANT DISAN HERNANDEZ, SERGEANT CLIFTON MCCLAY YA TES, CORRECTIONAL OFFICER MICHAEL CORRADO, CORRECTIONAL OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMIL TON, SERGEANT ANDRIANA RANKINE, LIEUTENANT DENNIS BURNEY, SERGEANT CARTER, JESUS CRUZADO, BOYKINS and DOES 1-11,

Defendants.
______________________________________/

**ORDER APPROVING DEFENDANTS' STIPULATION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE comes before me upon Defendants' Stipulation for Substitution of Counsel, filed on August 20, 2026. (DE 77). Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A. seek to withdraw as counsel in this matter. The Stipulation provides that Lourdes E. Wydler, Esq., and Wydler Law will serve as counsel for Defendants. (DE 77 at 1).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Defendants' Stipulation for Substitution of Counsel (DE 77) is **APPROVED**.

(2) Christopher J. Whitelock, Esq., shall be terminated as counsel of record, and shall no longer have any responsibility for this matter.

(3) Whitelock & Associates, P.A. shall be terminated as counsel of record, and shall no longer have any responsibility for this matter.

(4) Lourdes E. Wydler, Esq., and Wydler Law shall be substituted as counsel of record for Defendants.

(5) *The Parties are advised that this substitution of counsel shall not affect pending litigation deadlines in this matter*.

**SIGNED** in Chambers at West Palm Beach, Florida, this 21st day of August, 2026.

Donald M. Middlebrooks
United States District Judge

cc:

Counsel of record