# Exhibit 2

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Friday, August 14, 2026 11:53
**To:** Jessalynn Kantzavelos
**Cc:** cjw whitelocklegal.com; James M. Slater; Sarah Grady; Matthew Underwood; Alexandra Gergova; Amelia Caramadre; davidfrank whitelocklegal.com; assistant whitelocklegal.com
**Subject:** Re: White v. Yates

Jess, following up (once again) for an update on the ROG responses. We've been chasing these for some time now. Can you also send some times you are free to confer about the ESI protocol? I am free Monday and Tuesday after 2pm. Given the tight schedule, we need to know early next week whether we are going to reach agreement on the ESI protocol or whether we are going to have to seek entry over the Defendants' opposition.

On Tue, Aug 11, 2026 at 2:46 PM David Schmutzer <david@kaplangrady.com> wrote:

Jess,

I am truly very sorry to hear about your legal assistant's [redacted].

Regarding the ESI protocol, courts routinely enter them, and we will seek to have one entered here. *See, e.g.*, *Zarfati v. Artsana USA, Inc.*, 2025 WL 50373, at *1 (S.D. Fla. Jan. 8, 2025) (granting entry of ESI protocol to govern discovery). I hope we can reach a compromise and jointly move, but we will move on our own if we ultimately cannot find agreement -- sooner rather than later given the tight schedule here. As you can imagine, an ESI protocol, with search terms, helps create a common understanding between the parties about precisely how the various ESI repositories will be searched. *See id.* (implementing protocol facilitates the "full and efficient disclosure of discoverable ESI").

We're obviously looking for documents related to the case. The timeframe, Jan. 1, 2024 to present, is not overbroad in my view. The main events started in early 2025 when Settle attacked Officer Miller. Making the timeframe a little earlier than that ensures that the search terms capture communications about Cody or Settle prior to that initial event. And running the timeframe forward through the present ensures that any non-privileged text messages about the events and the lawsuit are captured as well.

I am happy to discuss any other questions or concerns, including before the hearing, if that would be helpful. I plan to inform the magistrate judge that the parties are negotiating an ESI protocol at the hearing on Thursday, and I would like to file a motion for entry (ideally a joint one) shortly after that, again, given the tight schedule.

As a final matter, please let me know about the ROGs as soon as possible.

Thanks,
David

On Tue, Aug 11, 2026 at 7:30 AM Jessalynn Kantzavelos <jrk@whitelocklegal.com> wrote:

David,

I apologize. Our legal assistant's [redacted] on Friday so I wasn't able to touch base with her on whether our clients have returned the verified ROG responses to our office. I am looking into it myself today and will get back to you on this ASAP.

Also, we have reviewed the ESI protocol but will not be adopting it, as it is a suggestion and not a Court requirement per my understanding. With that being said, that obviously doesn't change our obligations under the Federal Rules. We will respond to your written discovery and preserve relevant ESI accordingly.

On your question about personal text messages and social media, we are not able to agree to a search of our clients' personal accounts as framed in Exhibit A. As written, it reaches their personal email, personal text messages, social media, and AI search histories over a broad period, which we consider overbroad, disproportionate, and a significant intrusion on privacy as I had briefly mentioned over the phone. That said, we are not refusing outright. If you can tell us what you are actually looking for, the specific topics, the timeframe, and the custodians, and how it connects to the claims, we will evaluate it and produce what is relevant and proportional.

Best,
Jess

On Aug 10, 2026, at 11:58 AM, David Schmutzer <david@kaplangrady.com> wrote:

Jess, do you have any edits to the ESI protocol, as well as an update on the outstanding ROG responses? You said you'd get back to me on both by this past Friday.

On Thu, Aug 6, 2026 at 1:32 PM David Schmutzer <david@kaplangrady.com> wrote:

That looks good on our end. You may file on Plaintiffs' behalf, thank you.

On Thu, Aug 6, 2026 at 12:51 PM Jessalynn Kantzavelos <jrk@whitelocklegal.com> wrote:

David,

Please see the attached proposed Amended JSR per our conferral yesterday.

Sincerely,

Jess

**Jessalynn R. Kantzavelos, Esq.**

Whitelock & Associates, P.A.

The Whitelock Law Building

300 Southeast Thirteenth Street

Fort Lauderdale, FL 33316

---

**From:** David Schmutzer <david@kaplangrady.com>
**Date:** Wednesday, August 5, 2026 at 1:53 PM
**To:** Jessalynn Kantzavelos <jrk@whitelocklegal.com>
**Cc:** cjw whitelocklegal.com <cjw@whitelocklegal.com>, James M. Slater <james@slater.legal>, Sarah Grady <sarah@kaplangrady.com>, Matthew Underwood <matthew@kaplangrady.com>, Alexandra Gergova <alexandra@kaplangrady.com>, Amelia Caramadre <amelia@kaplangrady.com>, davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>, ark whitelocklegal.com <ark@whitelocklegal.com>
**Subject:** Re: White v. Yates

Thank you! Here are my red lines -- just trying to give a little more room in the schedule. Look forward to speaking to you in a few.

On Wed, Aug 5, 2026 at 12:59 PM Jessalynn Kantzavelos <jrk@whitelocklegal.com> wrote:

David,

Please see attached proposed Amended Joint Scheduling Report for your review. Please redline as you see fit. Talk to you at 2pm.

Sincerely,

Jess

**Jessalynn R. Kantzavelos, Esq.**

Whitelock & Associates, P.A.

The Whitelock Law Building

300 Southeast Thirteenth Street

Fort Lauderdale, FL 33316

---

**From:** David Schmutzer <david@kaplangrady.com>
**Date:** Tuesday, August 4, 2026 at 4:09 PM
**To:** Jessalynn Kantzavelos <jrk@whitelocklegal.com>
**Cc:** cjw whitelocklegal.com <cjw@whitelocklegal.com>, James M. Slater <james@slater.legal>, Sarah Grady <sarah@kaplangrady.com>, Matthew Underwood <matthew@kaplangrady.com>, Alexandra Gergova <alexandra@kaplangrady.com>, Amelia Caramadre <amelia@kaplangrady.com>, davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>, ark whitelocklegal.com <ark@whitelocklegal.com>
**Subject:** Re: White v. Yates

Jess,

In advance of our meet and confer tomorrow, I have attached a proposed ESI protocol. Hopefully we can add this to our agenda for tomorrow, along with the question about what documents are in your clients' possession and the status of the updated ROG responses.

Thanks and talk to you tomorrow,

David

On Wed, Jul 29, 2026 at 4:23 PM David Schmutzer <david@kaplangrady.com> wrote:

Jess, please also let me know when you are available to meet and confer regarding the schedule per the magistrate judge's order. Tuesday and Wednesday of next week are open for me. Thanks.

On Tue, Jul 28, 2026 at 3:35 PM David Schmutzer <david@kaplangrady.com> wrote:

Ok, thanks for the update. Do your clients have any initial documents to exchange, separate from anything in FDOC's possession?

On Tue, Jul 28, 2026 at 1:45 PM Jessalynn Kantzavelos <jrk@whitelocklegal.com> wrote:

Hi David,

I spoke with Amber Kourofsky regarding the initial document exchange. She says she hopes to be able to effectuate this by Friday. Also, as to the updated ROG responses. We are still awaiting signatures from several of the defendants. April, our assistant, has followed up with each of them today. We hope to have these responses ready to send to you in the next day or so.

Thanks,

Jess

**Jessalynn R. Kantzavelos, Esq.**

Whitelock & Associates, P.A.

The Whitelock Law Building

300 Southeast Thirteenth Street

Fort Lauderdale, FL 33316

---

**From:** David Schmutzer <david@kaplangrady.com>
**Date:** Tuesday, July 28, 2026 at 10:55 AM
**To:** Jessalynn Kantzavelos <jrk@whitelocklegal.com>
**Cc:** cjw whitelocklegal.com <cjw@whitelocklegal.com>, James M. Slater <james@slater.legal>, Sarah Grady <sarah@kaplangrady.com>, Matthew Underwood <matthew@kaplangrady.com>, Alexandra Gergova <alexandra@kaplangrady.com>, Amelia Caramadre <amelia@kaplangrady.com>, davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>, ark whitelocklegal.com <ark@whitelocklegal.com>
**Subject:** Re: White v. Yates

Hi Jess,

Do you have an update on the initial exchange of documents and the updated ROG responses?

Thanks,
David

On Fri, Jul 24, 2026 at 2:13 PM Jessalynn Kantzavelos <jrk@whitelocklegal.com> wrote:

> Hi David,
>
> We are working to obtain the signed verifications for the initial interrogatory responses. We anticipate receiving them from all seven of our clients by Monday and will provide the revised responses promptly thereafter.
>
> We are also confirming the timing for the initial document exchange and will update you on that also by Monday.
>
> Lastly, the first set of Interrogatories for Sgt. Hernandez will be sent to you by EOD today.

Thanks,
Jess

**Jessalynn R. Kantzavelos, Esq.**

Whitelock & Associates, P.A.

The Whitelock Law Building

300 Southeast Thirteenth Street

Fort Lauderdale, FL 33316

---

**From:** David Schmutzer <david@kaplangrady.com>
**Date:** Thursday, July 23, 2026 at 3:48 PM
**To:** cjw whitelocklegal.com <cjw@whitelocklegal.com>
**Cc:** James M. Slater <james@slater.legal>, Sarah Grady <sarah@kaplangrady.com>, Matthew Underwood <matthew@kaplangrady.com>, Alexandra Gergova <alexandra@kaplangrady.com>, Amelia Caramadre <amelia@kaplangrady.com>, davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>, ark whitelocklegal.com <ark@whitelocklegal.com>, Jessalynn Kantzavelos <jrk@whitelocklegal.com>
**Subject:** Re: White v. Yates

Chris, following up. When can we expect the revised interrogatory response and when will you be ready to exchange initial docs? Let me know. Thanks.

On Thu, Jul 16, 2026 at 1:19 PM cjw whitelocklegal.com <cjw@whitelocklegal.com> wrote:

> Yes. I am going to speak to DOC and take care of that and have them withdraw too. We will work diligently to get stuff.
>
> Christopher J. Whitelock, Esq.
>
> Whitelock & Associates, P.A.
>
> Whitelock Law Building

300 Southeast Thirteenth Street

Fort Lauderdale, Florida 33316

Phone:

954-463-2001

Facsimile:

954-463-0410

E-Mail:

cjw@whitelocklegal.com

Website:

www.whitelocklaw.com

**CONFIDENTIAL**: *This communication is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited.*

**IRS CIRCULAR 230 NOTICE**: *Any tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.*

On Jul 16, 2026, at 1:14 PM, David Schmutzer <david@kaplangrady.com> wrote:

Chris,

Thanks for your message. I saw you moved to withdraw your motion for a stay. Can we agree to an initial exchange of documents and get an update to your interrogatory in one week from today -- by Thursday, July 23? You said you would reach out to DOC about their subpoena response. I will reach out as well to see if I can nail down a date certain for them to produce their documents.

Best,
David

On Wed, Jul 15, 2026 at 3:29 PM cjw whitelocklegal.com <cjw@whitelocklegal.com> wrote:

> James and/or David,
>
> I light of the dismissal order we received, I am going to confer with clients as I must, but we will most likely recommend to permit the discovery. I should know after we fully review the order. As to that I expect to know by no later than tomorrow. If that is the case, we will agree to respond and I will speak with DOC to provide the discovery. If that is the case, we will withdraw the stay motions and provide the discovery.
>
> Please advise.
>
> Thank you.
>
> Christopher J. Whitelock, Esq.
>
> Whitelock & Associates, P.A.
>
> Whitelock Law Building
>
> 300 Southeast Thirteenth Street
>
> Fort Lauderdale, Florida 33316