# Exhibit 3

---

| | |
|---|---|
| **From:** | cjw whitelocklegal.com <cjw@whitelocklegal.com> |
| **Sent:** | Thursday, August 27, 2026 13:23 |
| **To:** | David Schmutzer; Lourdes Wydler |
| **Cc:** | Sarah Grady; Amelia Caramadre; Matthew Underwood; Alexandra Gergova; James M. Slater; davidfrank whitelocklegal.com; Jessalynn Kantzavelos; Guertty Lopez; ark whitelocklegal.com; davidfrank whitelocklegal.com |
| **Subject:** | RE: White v. Hernandez, et.al. |
| **Attachments:** | 2026-08-27 Joint Discovery Plan.docx |

David/ Lourdes,

Please see the amendments to the report. Please add for Section 3, we need the damages disclosures provided as requested, and all supporting records. Lourdes presumably has not confirmed or reviewed yet.

Please send me final for approval before filing.

As to discovery issues and my call with David today, we are also waiting for 3 signatures from our clients as to the interrogatory. I again do not believe this warrants any intervention by the Court despite the threat to file a Motion to Compel Monday considering our call today where you want depositions in like 2-3 months. If that is the case, please cite this sentence in any motion filed Monday if I cannot get the signatures by then.

Lastly, we need the initial disclosure damages information which we have requested numerous times. As stated before, this would involve the damages in this case which would be placed in the valuation portion of the report. You omitted that in the report which I stated before and you will not put in this report now. Please provide this disclosure and place such in the report so we can fully complete it.

Thank you.

Christopher J. Whitelock, Esq.