**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-14004-MIDDLEBROOKS

CHRISTINNA WHITE, et ano.,

Plaintiffs,

v.

SERGEANT HERNANDEZ, et al.,

Defendants.

______________________________/

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, and in light of the Parties' Joint Discovery Plan, in which the Parties indicate that an early settlement conference with a Magistrate Judge would be helpful (DE 79 at 4), this case is **HEREBY REFERRED** to United States Magistrate Judge Brandy Brentari Galler for a settlement conference.

Judge Galler will schedule the settlement conference for a date and time convenient to her.

**SIGNED** in Chambers at West Palm Beach, Florida, this 31 day of August, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.
Counsel of Record
Magistrate Judge Brandy Brentari Galler