**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM-SMM

CHRISTINNA WHITE, *et ano.*,

Plaintiffs,

v.

SERGEANT HERNANDEZ, *et al.*,

Defendants.

_______________________________________/

**PLAINTIFFS' UNOPPOSED MOTION TO**
**WITHDRAW THEIR MOTION TO COMPEL (DKT. 80)**

Plaintiffs Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White, in his individual capacity, by and through their counsel, move to withdraw their Second Motion to Compel against Defendants Yates, Dunn, Hamilton, Rankine, Burney, Cruzado, and Corrado (Dkt. 80) as moot.

1. On August 31, 2026, Plaintiffs filed their Second Motion to Compel Defendants to Answer their First Interrogatory (Dkt. 80). The interrogatory at issue was served in April 2026.

2. After Plaintiffs filed their second motion, Defendants provided their responses to the interrogatory.

3. Since Defendants provided their interrogatory responses, most of Plaintiffs' motion is resolved.

4. Yet Plaintiffs' request for reasonable attorneys' fees remains unresolved. Under Rule 37(a)(5)(A), Plaintiffs remain entitled to fees because the requested interrogatories were "provided after the motion was filed." However, in the spirit of collegiality and as a professional

courtesy, Plaintiffs will withdraw their request for attorneys' fees.

5. Defendants do not oppose this motion.

**WHEREFORE**, Plaintiffs respectfully request to withdraw their Second Motion to Compel (Dkt. 80).

**CERTIFICATE OF GOOD-FAITH CONFERENCE**

Per Rule 37(a)(1) and Local Rule 7.1(a)(3), Plaintiffs certify that they engaged in good faith efforts to confer with counsels for the Defendants. They did so via email communications spanning September 2 and September 3, 2026. The issue raised in the motion to compel has been addressed, and all parties agree that the motion should be withdrawn.

Dated: September 3, 2026

Respectfully submitted,

*/s/ James M. Slater*

James M. Slater (FBN 111779)
**SLATER LEGAL PLLC**
9000 Dadeland Blvd. #1500
Miami, Florida 33156
(305) 523-9023
james@slater.legal

Sarah Grady*
Matthew Underwood*
David Schmutzer*
Amelia Caramadre*
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 852-2184
sarah@kaplangrady.com
matthew@kaplangrady.com
david@kaplangrady.com
amelia@kaplangrady.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*