**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM-SMM

CHRISTINNA WHITE, *et ano.*,

Plaintiffs,

v.

SERGEANT HERNANDEZ, *et al.*,

Defendants.

_____________________________________/

**[PROPOSED] ORDER ON MOTION TO WITHDRAW MOTION TO COMPEL**

THIS MATTER is before the Court on Plaintiffs Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White's motion to withdraw their motion to compel (the "Motion"), wherein Plaintiffs seek an order withdrawing their second motion to compel, Dkt. 80. Being fully advised, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Plaintiffs' Second Motion to Compel Defendants Yates, Dunn, Hamilton, Rankine, Burney, Cruzado, and Corrado to Respond to Plaintiffs' First Set of Interrogatories is WITHDRAWN.

DONE AND ORDERED this day of September ______, 2026 in West Palm Beach, Florida.

_______________________________

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE