UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:26-cv-14004-DMM

CHRISTINNA WHITE, as Personal Representative of the Estate of Cody Lee White, and CASEY WHITE, individually,

Plaintiffs,

v.

SERGEANT DISAN HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER MICHAEL CORRADO, CORRECTIONAL OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA RANKINE, LIEUTENANT DENNIS BURNEY, SERGEANT CARTER, JESUS CRUZADO, BOYKINS and DOES 1-11,

Defendants.
_______________________________________________/

**AMENDED STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED by and between the law firm of WYDLER LAW and WHITELOCK & ASSOCIATES, P.A., as follows:

1. On August 20, 2026, the parties filed their Stipulation for Substitution of Counsel. ECF No. 77. Paragraph 1 of that Stipulation provided that Lourdes E. Wydler, Esq., and Wydler Law be retained to appear as counsel of record for Defendants OFFICER THOMAS DUNN, SERGEANT ANDRIANA RANKINE, JESUS CRUZADO, and SERGEANT CARTER. Paragraph 2 provided that Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A. withdraw as counsel of record for those same four Defendants. The signature block identified Whitelock & Associates, P.A. as continuing counsel for Defendants HERNANDEZ, YATES, HAMILTON, CORRADO, and BURNEY.

2. On August 21, 2026, the Court entered its Order Approving Defendants' Stipulation for Substitution of Counsel. ECF No. 78. The Order terminates Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A. as counsel of record without limitation, and substitutes Wydler Law as counsel of record for "Defendants" generally. That relief is broader than the substitution the parties stipulated to at ECF No. 77.

3. The parties therefore submit this Amended Stipulation to clarify the intended scope of the substitution and to request corresponding relief from the Court.

4. Lourdes E. Wydler, Esq., and Wydler Law are counsel of record for Defendants OFFICER THOMAS DUNN, SERGEANT ANDRIANA RANKINE, JESUS CRUZADO, and SERGEANT CARTER, and for no other Defendant.

5. Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A. remain counsel of record for Defendants SERGEANT DISAN HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER MICHAEL CORRADO, CAPTAIN WILLIAM HAMILTON, and LIEUTENANT DENNIS BURNEY. Whitelock & Associates, P.A. did not seek, and does not seek, to withdraw as counsel for these five (5) Defendants.

6. The parties respectfully request that the Court vacate paragraphs 2 through 4 of the Order at ECF No. 78 and enter the Amended Order submitted herewith, and that the Clerk of Court be directed to reinstate Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A. as counsel of record for Defendants HERNANDEZ, YATES, CORRADO, HAMILTON, and BURNEY, effective August 21, 2026, so that counsel again receive Notices of Electronic Filing in this matter.

7. Consistent with paragraph 5 of the Order at ECF No. 78, this Amended Stipulation does not affect any pending litigation deadline in this matter. Whitelock & Associates, P.A. will

respond on behalf of Defendants HERNANDEZ, YATES, CORRADO, HAMILTON, and BURNEY to Plaintiffs' Second Motion to Compel, ECF No. 80, within the time allowed.

8. Undersigned counsel has conferred with counsel for Plaintiffs, who has no objection to the relief requested herein.

9. A copy of the proposed Amended Order is attached as required.

Respectfully submitted,

WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
E-mail: cjw@whitelocklegal.com

/s/ Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK
Florida Bar No.: 0067539
JESSALYNN R. KANTZAVELOS
Florida Bar No.: 117926
Attorneys for Defendants Hernandez, Yates, Corrado, Hamilton, and Burney

WYDLER LAW
1550 Madruga Avenue, Suite 400
Coral Gables, Florida 33146
Telephone: (305) 446-5528
E-mail: lew@wydlerlaw.com

/s/ Lourdes E. Wydler
LOURDES E. WYDLER
Florida Bar No.: 719811
Attorneys for Defendants Dunn, Rankine, Cruzado, and Carter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/ Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

**SERVICE LIST**

James M. Slater, Esq.
SLATER LEGAL PLLC
9000 Dadeland Blvd., #1500
Miami, Florida 33156
E-mail: james@slater.legal

Sarah Grady, Esq.
Matthew Underwood, Esq.
David Schmutzer, Esq.
Amelia Caramadre, Esq.
KAPLAN & GRADY LLC
2071 N. Southport Ave., Suite 205
Chicago, Illinois 60614
E-mail: sarah@kaplangrady.com
matthew@kaplangrady.com
david@kaplangrady.com
amelia@kaplangrady.com

Lourdes E. Wydler, Esq.
WYDLER LAW
1550 Madruga Avenue, Suite 400
Coral Gables, Florida 33146
E-mail: lew@wydlerlaw.com