**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NUMBER 2:26-cv-14004-DMM/Mills Maynard**

CHRISTINNA WHITE, as Personal Representative
of the Estate of Cody Lee White, and
CASEY WHITE, individually,

Plaintiffs,

vs.

SERGEANT DISAN HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER MICHAEL CORRADO, CORRECTIONAL OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA RANKINE, LIEUTENANT DENNIS BURNEY, SERGEANT CARTER, JESUS CRUZADO, BOYKINS, and DOES 1-11,

Defendants.
_______________________________________/

**DEFENDANTS, DUNN, RANKINE, CARTER, AND CRUZADO'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES AND RESET THE SETTLEMENT CONFERENCE**

Defendants, THOMAS DUNN, ANDRIANA RANKINE, CHANDRA CARTER, and JESUS CRUZADO, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure and Local Rule 7.1, hereby files this Unopposed Motion to Extend Pretrial Deadlines and Settlement Conference and in support state:

1. This is a purported civil rights action arising from the death of inmate Cody White while in state custody. *See* ECF No. 35. Plaintiffs filed their original Complaint on January 5, 2026 and their Amended Complaint on March 31, 2026. *See* ECF No. 1; 35. Attorney Christopher Whitelock moved to dismiss the Amended Complaint on behalf of Defendants Dunn, Rankine, Carter, and

Cruzado on April 14, 2026 and May 22, 2026. *See* ECF No. 38; 50. After the matter was fully briefed, the Court entered an order denying the Defendants' Motion to Dismiss on July 15, 2026. *See* ECF No. 68. Defendants Dunn, Rankine, Carter, and Cruzado filed their Answer and Affirmative Defenses to Plaintiffs' Amended Complaint on July 29, 2026. *See* ECF No. 73.

2. The Parties submitted an Amended Joint Scheduling Report on August 6, 2026 (ECF No. 74), and the Court entered its Pretrial Scheduling Order and Order Referring Case to Mediation on August 13, 2026 (ECF No. 76) with the following deadlines:

| | |
|---|---|
| **September 10, 2026** | Joinder of Additional Parties and Amend Pleadings |
| **September 17, 2026** | Any motions for class certification shall be filed. |
| **December 14, 2026** | Overall Discovery Deadline |
| **January 11, 2027** | Dispositive Motions (such as summary judgment motions) |
| **January 21, 2027** ***(60 days before trial date of March 22, 2027)*** | Completion of mediation or settlement conference |
| **February 16, 2027** | Trial-Related Motions (such as Motions in Limine and Daubert Motions) |
| **February 22, 2027** | Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. |
| **March 8, 2027** | Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances. |
| **March 15, 2027** | Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. |

3. The Order also set this matter for trial during the two-week trial period commencing March 22, 2027, with a calendar call set for March 17, 2027. ECF No. 76.

***30-Day Extension of Pre-Trial Deadlines in Light of Substitution of Counsel***

4. On August 20, 2026, Attorney Whitelock and undersigned counsel filed a Stipulation for Substitution of Counsel, which was unopposed by Plaintiffs, requesting that undersigned counsel

be substituted as counsel for Defendants Dunn, Rankine, Carter, and Cruzado. *See* ECF No. 77. The Court entered an order approving of the substitution on August 21, 2026. *See* ECF. No. 78.[1]

5. Initial dates in mid-September were provided to depose Plaintiffs; however, the undersigned counsel is unavailable due to previously scheduled matters. Additional written discovery and the depositions of 10 individuals plus experts are anticipated. In light of undersigned counsel's recent entry into this case, as well as the press of other litigation, including trial, depositions and mediations, undersigned counsel respectfully requests a 30-day extension of the upcoming pretrial deadlines for the parties: (a) joinder of additional parties and amendment of pleadings; (b) motions for class certifications; (c) overall discovery; (d) dispositive motions; and (e) mediation. The proposed new date to add parties and amend the pleadings would be October 12, 2026; the motions for class certifications would be due October 17, 2026; the overall discovery deadline would be January 13, 2027; dispositive motion deadline would be February 10, 2027; and the mediation deadline would be February 22, 2027.

6. The additional time will allow for the timely scheduling of depositions and completion of discovery and will not prejudice any party. Undersigned counsel is <u>not</u> seeking to extend the remaining trial-related deadlines due to the current trial setting in March 2027 and does not wish to disturb that.

***Eleventh Circuit Court of Appeal Mediation Conflict with Settlement Conference***

7. Additionally, this matter was set for a Settlement Conference with U.S. Magistrate Judge Galler on September 24, 2026 at 10 a.m. via Zoom. *See* ECF No. 82. However, the undersigned is scheduled to appear for an Eleventh Circuit Court of Appeal mediation initiated by the Kinnard

---

[1] An Amended Substitution of Counsel was filed to correct the termination of Attorney Whitelock as counsel for the remaining Individual Defendants served. *See* ECF No. 84.

Center at 10:30 a.m. on the same day regarding another civil rights matter on appeal. *See Tundidor, et al. v. Hernandez, et al.,* Case No. 26-12563-AA. In light of the scheduling conflict, and the need for at least preliminary discovery to take place prior to the settlement conference, it would make the settlement conference meaningful if it is also reset for a later date consistent with the requested extension of deadlines.

7. Pursuant to S.D. Fla. Local Rule 7.1, undersigned counsel has conferred with Plaintiffs' counsel. Plaintiffs do not object to the requested extension as well as the resetting of the settlement conference for a later date. Additionally, counsel for Defendants Hernandez, McClay Yates, Corrado, Hamilton, Burney, and Boykins, does not object to the relief sought.

WHEREFORE, Defendants, THOMAS DUNN, ANDRIANA RANKINE, CHANDRA CARTER, and JESUS CRUZADO, respectfully request that this Court grant the Unopposed Motion to Extend Pretrial Deadlines and to Reset the Settlement Conference and any other relief it deems appropriate.

I HEREBY CERTIFY that on this 8th day of September, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

WYDLER LAW
*Attorneys for Defendants, Carter, Cruzado, Dunn, and Rankine*
1550 Madruga Avenue
Suite 400
Coral Gables, FL 33146
(305) 446-5528
(786) 422-1373 (fax)

BY _/s/ Lourdes Espino Wydler___
LOURDES ESPINO WYDLER
F.B.N.: 719811
lew@wydlerlaw.com

Secondary E-mail:
guertty@wydlerlaw.com

**SERVICE LIST**

Counsel for Plaintiffs:
James Murray Slater, Esquire
FBN: 111779
Slater Legal PLLC
9000 Dadeland Boulevard
Suite 1500
Miami, FL 33156
(305) 523-9023
james@slater.legal

Co-Counsel for Plaintiffs:
Amelia Caramadre, Esquire
*Pro Hac Vice*
amelia@kaplangrady.com
David Schmutzer, Esquire
david@kaplangrady.com
*Pro Hac Vice*
Matthew Underwood
matthew@kaplangrady.com
*Pro Hac Vice*
Sarah Grady
sarah@kaplangrady.com
*Pro Hac Vice*
Kaplan & Grady
2071 North Southport Avenue
Suite 205
Chicago, IL 60614
alexandra@kaplangrady.com

Counsel for Co-Defendants, Hernandez, McClay Yates, Corrado, Hamilton, Burney, Boykins, and Does 1-11:

Christopher John Whitelock, Esquire
FBN: 67539
cjw@whitelocklegal.com
Jessalyn Kantzavelos, Esquire
FBN: 117926
jrk@whitelocklegal.com
David Frank, Esquire

FBN: 93906
davidfrank@whitelocklegal.com
Whitelock & Associates
300 SE 13th Street
Fort Lauderdale, FL 33316-1154
(954) 463-2001
(954) 463-0410 (fax)
ark@whitelocklegal.com