**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NUMBER 2:26-cv-14004-DMM/Mills Maynard**

CHRISTINNA WHITE, as Personal Representative
of the Estate of Cody Lee White, and
CASEY WHITE, individually,

Plaintiffs,

vs.

SERGEANT DISAN HERNANDEZ, SERGEANT
CLIFTON MCCLAY YATES, CORRECTIONAL
OFFICER MICHAEL CORRADO,
CORRECTIONAL OFFICER THOMAS DUNN,
CAPTAIN WILLIAM HAMILTON, SERGEANT
ANDRIANA RANKINE, LIEUTENANT DENNIS
BURNEY, SERGEANT CARTER, JESUS
CRUZADO, BOYKINS, and DOES 1-11,

Defendants.
_______________________________________/

**ORDER ON DEFENDANTS, DUNN, RANKINE, CARTER, AND CRUZADO'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES AND RESET THE SETTLEMENT CONFERENCE**

THIS CAUSE came before the Court on Defendants, OFFICER THOMAS DUNN, SERGEANT ANDRIANA RANKINE, SERGEANT CARTER, and JESUS CRUZADO'S Unopposed Motion to Extend Pretrial Deadlines and Reset the Settlement Conference. Being fully advised, it is:

ORDERED AND ADJUDGED that Defendants, OFFICER THOMAS DUNN, SERGEANT ANDRIANA RANKINE, SERGEANT CARTER, and JESUS CRUZADO'S Unopposed Motion to Extend Pretrial Deadlines and Reset the Settlement Conference is

__________________________________________________________________________.

**DONE AND ORDERED** on this ____ day of ______________, 2026, in West Palm Beach, Florida.

______________________________________

UNITED STATES DISTRICT COURT JUDGE

Copies sent to:
All Counsel of Record