UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 26-CV-14004-MIDDLEBROOKS

CHRISTINNA WHITE, as Personal Representative of the Estate of Cody Lee White, and CASEY WHITE, individually,

Plaintiffs,

v.

SERGEANT DISAN HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER MICHAEL CORRADO, CORRECTIONAL OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA RANKINE, LIEUTENANT DENNIS BURNEY, SERGEANT CARTER, JESUS CRUZADO, BOYKINS and DOES 1-11,

Defendants.
_____________________________________________/

**AMENDED ORDER APPROVING DEFENDANTS' STIPULATION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE comes before me upon Defendants' Amended Stipulation for Substitution of Counsel, filed on September 4, 2026. (DE 84). The Amended Stipulation clarifies that Lourdes E. Wydler, Esq., and Wydler Law are substituted as counsel of record *only* for Defendants Thomas Dunn, Andriana Rankine, Jesus Cruzado, and Sergeant Carter, and that Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A. remain counsel of record for Defendants Disan Hernandez, Clifton McClay Yates, Michael Corrado, William Hamilton, and Dennis Burney.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Defendants' Amended Stipulation for Substitution of Counsel is **APPROVED**.

(2) Paragraphs 2, 3, and 4 of the Order Approving Defendants' Stipulation for Substitution of Counsel (DE 78) are **VACATED**.

(3) Lourdes E. Wydler, Esq., and Wydler Law are substituted as counsel of record for Defendants Thomas Dunn, Andriana Rankine, Jesus Cruzado, and Sergeant Carter.

(4) Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A. are terminated as counsel of record for Defendants Thomas Dunn, Andriana Rankine, Jesus Cruzado, and Sergeant Carter only, and shall have no further responsibility as to those Defendants.

(5) Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A. remain counsel of record for Defendants Disan Hernandez, Clifton McClay Yates, Michael Corrado, William Hamilton, and Dennis Burney. The Clerk of Court shall reinstate Christopher J. Whitelock, Esq., and Whitelock & Associates, P.A. as counsel of record for those Defendants, effective August 21, 2026.

(6) This Amended Order shall not affect pending litigation deadlines in this matter.

**SIGNED** in Chambers at West Palm Beach, Florida, this 9th day of September, 2026.

Donald M. Middlebrooks
United States District Judge

cc.

Counsel of record