**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-14004-MIDDLEBROOKS

CHRISTINNA WHITE, as Personal Representative of the Estate of Cody Lee White, and CASEY WHITE, individually,

Plaintiffs,

v.

SERGEANT DISAN HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER MICHAEL CORRADO, CORRECTIONAL OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA RANKINE, LIEUTENANT DENNIS BURNEY, SERGEANT CARTER, JESUS CRUZADO, BOYKINS, and DOES 1-11,

Defendants.
_______________________________/

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINES AND RESETTING THE SETTLEMENT CONFERENCE**

THIS CAUSE comes before the Court upon the Defendants Dunn, Rankine, Carter, and Cruzado's Unopposed Motion to Extent Pretrial Deadlines and Reset the Settlement Conference, filed on September 8, 2026. (DE 87). On August 20, 2026, Attorney Whitelock and undersigned counsel filed a Stipulation for Substitution of Counsel, which was unopposed by Plaintiffs, requesting that undersigned counsel be substituted as counsel for Defendants Dunn, Rankine, Carter, and Cruzado. (DE 77). I approved this stipulation on August 21, 2026. (DE 78). In light of undersigned counsel's recent entry into this case, as well as the press of other litigation, including trial, depositions and mediations, Defendants requests a 30-day extension of the upcoming pretrial deadlines for the Parties: (a) joinder of additional parties and amendment of pleadings; (b) motions

for class certifications; (c) overall discovery; (d) dispositive motions; and (e) mediation. I note that Defendants do not seek to extend the remaining pre-trial deadlines, including the current trial setting in March 2027. Additionally, this matter was set for a Settlement Conference with U.S. Magistrate Judge Galler on September 24, 2026 at 10 a.m. via Zoom. (DE. 82). However, counsel for these Defendants is scheduled to appear for an Eleventh Circuit Court of Appeal mediation on the same day regarding another civil rights matter on appeal. As a result, Defendants also request rescheduling of the settlement conference.

Rule 16 of the Federal Rules of Civil Procedure requires the Court to issue an order setting forth the schedule upon which the case will proceed. Fed. R. Civ. P. 16(b). This schedule will be modified "only for good cause." Fed. R. Civ. P. 16(b)(4). The good cause standard "precludes modification unless the schedule cannot 'be met despite the diligence of the party seeking the extension.'" *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (citing Fed. R. Civ. P. 16 advisory committee's note). "If a party was not diligent, the good cause inquiry should end." *Sosa*, 133 F.3d at 1418 (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992)).

Defendants note that previously scheduled dates to depose the Plaintiffs have since fallen on dates in which the substituted counsel are unavailable due to previously scheduled matters, including trial, depositions and mediations. (DE 87 at 3). The Parties have otherwise been diligent throughout this case. As a result, I find that a 30-day extension is appropriate under these circumstances. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Defendants Dunn, Rankine, Carter, and Cruzado's Unopposed Motion to Extent Pretrial Deadlines and Reset the Settlement Conference (DE 87) is **GRANTED**. The Pretrial Scheduling Order (DE 76) is hereby **MODIFIED** as set forth below. The Parties

are advised that this Order modifies *dates only*, and that for all other information and instructions, the Parties must refer to the original Trial Order and Pretrial Scheduling Order.

a. The deadline for the Parties to add parties and amend the pleadings is extended until **October 12, 2026.**

b. The deadline for any motions for class certifications is extended until **October 17, 2026.**

c. The deadline for the Parties to complete discovery is extended until **January 13, 2027.**

d. The deadline for the Parties to file pretrial Motions is extended until **February 10, 2027.**

e. The deadline for the Parties to complete mediation is extended until **February 22, 2027.**

2. This matter continues to be referred to Magistrate Judge Brandy Brentari Galler for settlement conference. Judge Galler will schedule the settlement conference for a date and time convenient to her.

3. If the Parties require greater flexibility in scheduling, they may at any time consent to the jurisdiction of the paired magistrate judge, who generally affords litigants great latitude in setting the course and schedule of their cases.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 11 day of September, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record