**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM-SMM

CHRISTINNA WHITE, *et ano.*,

Plaintiffs,

v.

CLIFTON MCCLAY YATES, *et al.*,

Defendants.

_______________________________________/

**PLAINTIFFS' NOTICE OF FILING OF SUMMONSES**

Plaintiffs Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White, in his individual capacity, by and through their counsel, hereby provide notice of filing the following proposed summonses to:

1. Angelita Dennis
2. Ashley Schrock
3. Bogdan Moraru
4. Charmin Anderson
5. Daniel Averill
6. Demetric Luckett
7. Elana Hansen
8. Emmanuel Abichet
9. Eric Covil
10. Ira McBride

11. James Santos
12. Jocelyn Florestal
13. Joe Gaucin
14. Laqueta Lewis-McMath
15. Lawrence Dugan
16. Louismy Saintfort
17. Michael Fessl
18. Shakia Richards
19. Sheila Kurzen
20. Susan Dinius-Mast
21. Teleetha Haslem
22. Theresa Collins
23. Troy Hawkins
24. Vanessa Houze

Dated: September 15, 2026

Respectfully submitted,

*/s/ James M. Slater*

James M. Slater (FBN 111779)
**SLATER LEGAL PLLC**
9000 Dadeland Blvd. #1500
Miami, Florida 33156
(305) 523-9023
james@slater.legal

Sarah Grady*
Matthew Underwood*
David Schmutzer*
Amelia Caramadre*
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 852-2184
sarah@kaplangrady.com
matthew@kaplangrady.com
david@kaplangrady.com
amelia@kaplangrady.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*