AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Angelita Dennis
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ashley Schrock
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Sep 15, 2026

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bogdan Moraru
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Date: Sep 15, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charmin Anderson
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Daniel Averill
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Demetric Luckett
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White<br>*Plaintiff(s)*<br>v.<br>Clifton McClay Yates, et al.,<br>*Defendant(s)* | Civil Action No. 2:26-cv-14004 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Elana Hansen
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

SUMMONS

Date: Sep 15, 2026

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White<br>*Plaintiff(s)*<br>v.<br>Clifton McClay Yates, et al.,<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-14004 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Emmanuel Abichet
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 15, 2026

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Eric Covil
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts

Date: Sep 15, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White<br>*Plaintiff(s)*<br>v.<br>Clifton McClay Yates, et al.,<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-14004 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ira McBride
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James Santos
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jocelyn Florestal
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Joe Gaucin
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 15, 2026

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Laqueta Lewis-McMath
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts

Date: Sep 15, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lawrence Dugan
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

***s/ Dimas Rodriguez***

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Louismy Saintfort
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts

Date: Sep 15, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Fessl
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Shakia Richards
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts

Date: Sep 15, 2026

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sheila Kurzen
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White<br>*Plaintiff(s)*<br>v.<br>Clifton McClay Yates, et al.,<br>*Defendant(s)* | Civil Action No. 2:26-cv-14004 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Susan Dinius-Mast
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Teleetha Haslem
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Theresa Collins
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

SUMMONS

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts

Date: Sep 15, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Troy Hawkins
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vanessa Houze
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Date: Sep 15, 2026

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court