# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 2:26-CV-14004

Plaintiff:
**CHRISTINNA WHITE, AS PERSONAL PRESENTATIVE OF THE ESTATE OF CODY LEE WHITE AND CASEY WHITE**

ODY2026014329

vs.

Defendant:
**CLIFTON YATES, et al.**

For:
Alexandra Gergova
Kaplan & Grady LLC
2071 N. Southport Ave.
Ste. 205
Chicago, IL 60614

Received by Ody's Professional Process on the 29th day of September, 2026 at 12:01 pm to be served on **MICHAEL FESSL,** [redacted]

I, Edward Torres, #644, do hereby affirm that on the **1st day of October, 2026** at **7:04 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MICHAEL FESSL** at the address of: [redacted], and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 5'8", Weight: 175, Hair: Dark Brown, Glasses: y

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

**Edward Torres, #644**
644

**Ody's Professional Process**
**Post Office Box 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026014329
Ref: MF-14004

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0g

SERVED 10/1/09, 7:04PM
ET 644

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Michael Fessl
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts

Date: Sep 15, 2026