# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 2:26-CV-14004-DMM

Plaintiff:
**CHRISTINNA WHITE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CODY LEE WHITE , AND CASEY WHITE**

ODY2026014221

vs.

Defendant:
**CLIFTON MCCLAY YATES, et al.**

For:
Alexandra Gergova
Kaplan & Grady LLC
2071 N. Southport Ave.
Ste. 205
Chicago, IL 60614

Received by HEATHER WOLF on the 28th day of September, 2026 at 1:49 pm to be served on **BOGDAN MORARU,** [redacted].

I, HEATHER WOLF, do hereby affirm that on the **2nd day of October, 2026** at **11:15 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CONSENT SECOND AMENDED COMPLAINT[1]** with the date and hour of service endorsed thereon by me, to: **BOGDAN MORARU** at the address of: [redacted], and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: Hispanic, Height: 5'6", Weight: 290, Hair: Dark Brown, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which se rvice was affected in accordance with State Statute.

**HEATHER WOLF**
23-04

**ODY'S PROFESSIONAL PROCESS**
**P.O. BOX 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026014221
Ref: BM-14004

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i

AO 440 (Rev. 06/12) Summons in a Civil Action

SERVED 10/2/26, 11:15AM
HW 23-04

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bogdan Moraru
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: Sep 15, 2026

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts