# Exhibit 2

# VERIFIED RETURN OF SERVICE

Job # T261211

**Client Info:**

Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301

**Case Info:**

**PLAINTIFF:**
CHRISTINNA WHITE; ET AL.
-versus-
**Defendant:**
SERGEANT DISAN HERNANDEZ; ET AL.

USDC FOR THE SOUTHERN DISTRICT OF FLORIDA
Court Date: 5/7/2026 Time: 05:00 PM
Court Case # **2:26-cv-14004-DMM**

**Service Info:**

**Received by MARY GREEN: on April, 24th 2026** at **10:37 AM**
**Service:** I Served **RICKY D. DIXON, SECRETARY - FLORIDA DEPARTMENT OF CORRECTIONS**
With: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; EXHIBIT TO SUBPOENA; LETTER**
by leaving with **GARY DAVIS, SENIOR CLERK**

**At Business 501 S. CALHOUN STREET TALLAHASSEE, FL 32399**
On **4/27/2026** at **03:35 PM**
**Manner of Service: GOVERMENT AGENCY**

I **MARY GREEN** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**MARY GREEN**
Lic # **243**

**ACCURATE SERVE OF TALLAHASSEE**
400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL 32301
Phone: (850) 519-5494

Our Job # **T261211**