# Exhibit 3

**From:** Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>
**Sent:** Wednesday, September 23, 2026 10:42
**To:** David Schmutzer
**Cc:** Amelia Caramadre; Alexandra Gergova; James M. Slater; Sarah Grady; Matthew Underwood; Davis, Brittney; Forren, Kelly
**Subject:** RE: 6th wave of production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)
**Attachments:** A scheduling order.pdf

David,

We are sending documents out momentarily.

Discovery is open until December 14, 2026 under the new order.

**Amber Kourofsky**
Assistant General Counsel
Office of the General Counsel
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399
Office: 850-717-3605
Direct: 850-717-3613
Fax: 850-922-4355
M-F 7:30 – 4:00

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Wednesday, September 23, 2026 11:36 AM
**To:** Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>
**Cc:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>; Amelia Caramadre <amelia@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Davis, Brittney