# Exhibit 4

---

**From:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Sent:** Thursday, September 3, 2026 14:31
**To:** Amelia Caramadre
**Cc:** David Schmutzer; Alexandra Gergova; Kourofsky, Amber; James M. Slater; Sarah Grady; Matthew Underwood; Davis, Brittney
**Subject:** RE: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

We have received all outstanding OIG records this afternoon with the exception of videos, which are coming soon due to file size. I am working now on a comprehensive update on where we stand for each request and will then begin review of the remaining items that we have received that have not yet been produced.

Thank you,

**Kristen J. Lonergan**
Chief Legal Counsel
Risk Management and Litigation Compliance Unit
Office of General Counsel
Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, Florida 32399-2500
Direct: (850) 717-3624
Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** Amelia Caramadre <amelia@kaplangrady.com>
**Sent:** Wednesday, September 2, 2026 5:22 PM
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** David Schmutzer <david@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Hi Kristen,
What is the status of the OIG documents? We have a deadline to amend our complaint and add parties coming up on September 10. In order to meet that deadline, we need substantive responses to the following requests: 3-5, 12, 13, 18-26, 28-31, 34, 35, 37, 38-40, and 43. Because of the impending deadline, if we can't receive these documents by Monday 9/7, we may need to raise this issue with the court. Do you have availability to confer tomorrow, Friday, or Monday?
Additionally, can you please give us a privilege log for any redactions FDOC has applied as soon as you're able?

We will follow up about whether we can agree to a limited timeframe for Requests 15 and 32.

Thank you!
Amelia

Amelia Caramadre
**KAPLAN & GRADY**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
T: (312) 815-2684
amelia@kaplangrady.com
kaplangrady.com

On Fri, Aug 28, 2026 at 10:39 PM Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

Good evening,

Additional records for Requests 10, 11, 13 (partial production), 17, and 33 have been added to the same OneDrive link previously provided. Please feel free to let me know if you have any difficult accessing them.

Also, we have received in the enormous files of classification (Request 32) and medical records (Request 15) for inmate Settle from beginning of his incarceration following our conferral, since we had previously thought the default timeframe limitation for the subpoena applied and you advised that was not the intention. We previously discussed potentially limiting the time-frame for those records and you appeared receptive. Please advise whether there is a more limited time-frame that we can agree on, as the records are thousands of pages such that review and production of them will take quite some time in current form without limitation.

Thank you,

**Kristen J. Lonergan**

Chief Legal Counsel

Risk Management and Litigation Compliance Unit

Office of General Counsel

Florida Department of Corrections

501 S. Calhoun Street

Tallahassee, Florida 32399-2500

Direct: (850) 717-3624

Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Friday, August 28, 2026 4:47 PM
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** Alexandra Gergova <alexandra@kaplangrady.com>; Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Ok, what is delaying the OIG documents? You said earlier this week we would have a partial production of those by yesterday or today. Also, can you confirm that you produced rosters for 2/3/25. The file name you produced says 2/3/26. We are not sure if the filename has a typo or if you produced the roster for the wrong year. See this screenshot for reference. Thank you.




On Fri, Aug 28, 2026 at 12:47 PM Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

David,

We have received some but not all of the OIG records so far and are instructed they are working on additional production. I am reviewing the records responsive to Request 11 at the moment, and plan to have at least those out to you today as well as a few other non-OIG items that have come in.

Thanks,

**Kristen J. Lonergan**

Chief Legal Counsel

Risk Management and Litigation Compliance Unit

Office of General Counsel

Florida Department of Corrections

501 S. Calhoun Street

Tallahassee, Florida 32399-2500

Direct: (850) 717-3624

Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Friday, August 28, 2026 12:18 PM
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** Alexandra Gergova <alexandra@kaplangrady.com>; Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Kristen, can you confirm you will be able to get us those OIG materials by today? You and/or Amber assured us that the materials would be ready for release after we made payment. It has been a couple weeks since then now, and we still have not received anything.

On Wed, Aug 26, 2026 at 3:47 PM Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

> Good afternoon all,
>
> Just wanted to send an update that we have received a bunch of additional documents including some items from OIG, and will be providing them as soon as we are able to review to ensure they are correct. Unfortunately, I've been tied up in interviews all day today, so my hope is to get additional records out tomorrow or Friday.

Thanks,

**Kristen J. Lonergan**

Chief Legal Counsel

Risk Management and Litigation Compliance Unit

Office of General Counsel

Florida Department of Corrections

501 S. Calhoun Street

Tallahassee, Florida 32399-2500

Direct: (850) 717-3624

Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Friday, August 21, 2026 3:23 PM
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** Alexandra Gergova <alexandra@kaplangrady.com>; Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney

<Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Ok, thanks. Keep me posted on what OIG says and we look forward to the batch from OCI.

On Fri, Aug 21, 2026 at 3:19 PM Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

Hi David,

Apologies, I had switched gears to a different subpoena that James has outstanding. We have reached out again to OIG for an update and I am waiting to hear back on what the hold up is. Separately, we just received a bunch of documents back from Okeechobee C.I. this afternoon, and I am currently working to get those out to you today.

Thanks,

**Kristen J. Lonergan**

Chief Legal Counsel

Risk Management and Litigation Compliance Unit

Office of General Counsel

Florida Department of Corrections

501 S. Calhoun Street

Tallahassee, Florida 32399-2500

Direct: (850) 717-3624

Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Friday, August 21, 2026 12:53 PM
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** Alexandra Gergova <alexandra@kaplangrady.com>; Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Kristen, do you have an update on the OIG docs? You and Amber represented that those were ready to be released as soon as we made payment, which we did on Monday.

On Wed, Aug 19, 2026 at 7:34 PM Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

> Link has been forwarded. Please let me know if you have any issues accessing.
>
> Thanks,
>
> **Kristen J. Lonergan**

Chief Legal Counsel

Risk Management and Litigation Compliance Unit

Office of General Counsel

Florida Department of Corrections

501 S. Calhoun Street

Tallahassee, Florida 32399-2500

Direct: (850) 717-3624

Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** Alexandra Gergova <alexandra@kaplangrady.com>
**Sent:** Wednesday, August 19, 2026 10:31 AM
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** David Schmutzer <david@kaplangrady.com>; Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Good morning,

Please forward it to me as well -- and any future productions.

Thank you,

Alexandra

**Alexandra Gergova** | Paralegal

**KAPLAN & GRADY LLC**

2071 N. Southport Ave., Ste. 205
Chicago, IL 60614

**T** 312 820 5897 | **F** 312 626 2464

Pronouns: she/hers

alexandra@kaplangrady.com

kaplangrady.com

KAPLAN & GRADY

On Tue, Aug 18, 2026 at 11:29 PM Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

Good evening David,

You and James should have just received a OneDrive link to additional production for Requests 1, 14, 16, 19, and 32 (some of which also either partially or fully cover other requests as described below). If you would like the link sent to additional staff, please advise their email addresses, as the link will work only for the account it is sent directly to and cannot be forwarded.

Additionally, below please find a comprehensive list of the status of records production. We are under the understanding that the records sought from Okeechobee C.I. and OIG should be with us Wednesday, or potentially Thursday, and that should cover the majority of the outstanding items. I will be out of office most of tomorrow, but will continue reviewing and producing additional records on a rolling basis as they come in for the outstanding items as soon as possible, with the goal of being substantially complete by next week.

Please note that a few of the items below request clarification on your position on whether the requests can be shortened in timeframe following our last conferral. Please let us know if you have come to a solid position on those.

| | |
|---|---|
| 1 | Produced 8/18/26 |
| 2 | Partial production 8/18/26 contained in records produced for Requests 1 (grievances) and 14 (medical complaints). Awa receipt of additional documents, if any from additional custodians (NWFRC, Cross City CI, Okeechobee CI). Determined responsive records from OIG. |
| 3 | Awaiting receipt of documents from custodian (OIG). |
| 4 | Awaiting receipt of documents from custodian (OIG). |
| 5 | Awaiting receipt of documents from custodian (OIG). |
| 6 | Awaiting receipt of documents from custodian (Okeechobee CI) |
| 7 | Awaiting receipt of documents from custodian (Okeechobee CI) |
| 8 | Produced 7/31/26 |
| 9 | Produced 7/31/26 |
| 10 | Awaiting receipt of documents from custodian (OIG). |
| 11 | Awaiting receipt of documents from custodian (OIG). |
| 12 | Awaiting receipt of documents from custodian (Okeechobee CI) |
| 13 | Awaiting receipt of documents from custodian (OIG and OIT). |
| 14 | Produced 8/18/26 |
| 15 | Incorrect records received from custodian; awaiting receipt of corrected documents (FSP). |
| 16 | Produced 8/18/26 |
| 17 | Awaiting receipt of documents from custodian (Okeechobee CI and OHR). |
| 18 | Awaiting receipt of documents from custodian (Okeechobee CI) |
| 19 | Partial production 8/18/26. Additional documents produced in response to requests 6 and 7 will complete production (a receipt of documents from custodian (Okeechobee CI). |
| 20 | Partial production 8/18/26 contained in records produced for Request 19. Additional forthcoming documents to be prod response to requests 6 and 7 will complete production. |
| 21 | Partial production 8/18/26 contained in records produced for Request 19. Additional forthcoming documents to be prod response to requests 6 and 7 will complete production. |
| 22 | Partial production 8/18/26 contained in records produced for Request 19. Additional forthcoming documents to be prod response to requests 6 and 7 will complete production. |
| 23 | Partial production 8/18/26 contained in records produced for Request 19. Additional forthcoming documents to be prod response to requests 6 and 7 will complete production. |
| 24 | Partial production 8/18/26 contained in records produced for Request 19. Additional forthcoming documents to be prod response to requests 6 and 7 will complete production. |
| 25 | Partial production 8/18/26 contained in records produced for Request 19. Additional forthcoming documents to be prod response to requests 6 and 7 will complete production. |

| | |
|---|---|
| 26 | Partial production 8/18/26 contained in records produced for Request 19. Additional forthcoming documents to be prod response to requests 6 and 7 will complete production. |
| 27 | Awaiting receipt of documents from custodian (Okeechobee CI, Training Bureau, Policy Bureau). |
| 28 | Awaiting receipt of documents from custodian (Okeechobee CI, OIT, Central Office Classification Bureau). |
| 29 | Awaiting receipt of documents from custodian (Okeechobee CI, OIT, Central Office Classification Bureau). |
| 30 | Partial production 8/18/26 as to White in Request 1 and Settle in Request 32. Awaiting receipt of documents from custoc (Okeechobee CI) as to Flash and additional custodian (Central Office Classification) as to all. |
| 31 | See response to Request 32. |
| 32 | Records produced 8/18/26 for period of 2024 through Incident. Following conferral, please advise whether records prior 2024 and/or after Incident are still requested. |
| 33 | Incorrect records received from custodian; awaiting receipt of corrected documents (OIG). |
| 34 | Partial production 8/18/26 contained in records produced for Request 32. Awaiting receipt of additional documents fron custodian (Okeechobee CI). |
| 35 | Awaiting receipt of documents from custodians (Okeechobee CI, OIG). See also responsive documents to Requests 32 a |
| 36 | Awaiting receipt of documents from custodians (Okeechobee CI, Santa Rosa CI, FSP, OIG, Grievance Appeals Bureau). |
| 37 | Awaiting receipt of documents from custodian (OIT). |
| 38 | Awaiting receipt of documents from custodian (Okeechobee CI) |
| 39 | Awaiting receipt of documents from custodian (Okeechobee CI) |
| 40 | Awaiting receipt of documents from custodian (Okeechobee CI) |
| 41 | Produced via link to publicly available list on 8/12/26. |
| 42 | On hold following previous conferral. |
| 43 | No responsive documents. FDC's first knowledge of that case's existence was this subpoena. |
| 44 | Produced 7/31/26. |
| 45 | Produced 7/31/26. |
| 46 | No responsive documents. |

Sincerely,

**Kristen J. Lonergan**

Chief Legal Counsel

Risk Management and Litigation Compliance Unit

Office of General Counsel

Florida Department of Corrections

501 S. Calhoun Street

Tallahassee, Florida 32399-2500

Direct: (850) 717-3624

Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Tuesday, August 18, 2026 4:11 PM
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; James M. Slater <james@slater.legal>; Alexandra Gergova <alexandra@kaplangrady.com>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Ok, thank you for the update.

On Tue, Aug 18, 2026 at 4:06 PM Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

David,

We have reached out to OIG and to Okeechobee CI for an update on receiving records and have been assured that addition items are being sent to OGC today and tomorrow. At the moment, I am working on review of Mr. White's classification file for Request #1. Following your statements during the conferral, we have obtained the entire file without limitation to time-frame, which is a couple thousand pages. My goal is to have that out to you before close of business, but it may end up being later tonight. I have a prior engagement from 6-8:30 but will continue working to get those records out to you for Request #1 tonight if I am unable to do so before I leave the office.

Thanks,

**Kristen J. Lonergan**

Chief Legal Counsel

Risk Management and Litigation Compliance Unit

Office of General Counsel

Florida Department of Corrections

501 S. Calhoun Street

Tallahassee, Florida 32399-2500

Direct: (850) 717-3624

Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Tuesday, August 18, 2026 4:00 PM
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; James M. Slater <james@slater.legal>; Alexandra Gergova <alexandra@kaplangrady.com>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood

<matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Kristen, when can we expect the OIG documents and the others, now that FDOC has received payment? Thanks.

On Mon, Aug 17, 2026 at 12:21 PM James M. Slater <james@slater.legal> wrote:

> Thanks. DeLacy from OIG accepted the check.
>
> **James Slater**
>
> Slater Legal PLLC
>
> slater.legal
>
> Atlanta Office/Mailing Address
>
> 2296 Henderson Mill Rd. N.E. #116
>
> Atlanta, GA 30345
>
> Tel. (404) 458-7283
>
> Tallahassee Office
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301
>
> On Mon, Aug 17, 2026, 12:14 Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:
>
>> I called and sent someone downstairs in the OIG building to accept it since she already went over there. If she has any issues, please have her call me directly and we'll get it worked out. Apologies for the back and forth.
>>
>> **Kristen J. Lonergan**
>> Chief Legal Counsel

Risk Management and Litigation Compliance Unit
Office of General Counsel
Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, Florida 32399-2500
Direct: (850) 717-3624
Fax: (850) 922-4355

***We Never Walk Alone***

Respect ê Integrity ê Courage ê Selfless Service ê Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** James M. Slater <james@slater.legal>
**Sent:** Monday, 17 August 2026 12:12:28
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** David Schmutzer <david@kaplangrady.com>; Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Trying to call/text her but looks like she already went over to OIG.

**James Slater**

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301

On Mon, Aug 17, 2026, 12:08 Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

Yeah I'm downstairs she can drop it with me

**Kristen J. Lonergan**
Chief Legal Counsel
Risk Management and Litigation Compliance Unit
Office of General Counsel
Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, Florida 32399-2500
Direct: (850) 717-3624
Fax: (850) 922-4355

***We Never Walk Alone***

Respect ê Integrity ê Courage ê Selfless Service ê Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** James M. Slater <james@slater.legal>
**Sent:** Monday, 17 August 2026 12:07:12
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** David Schmutzer <david@kaplangrady.com>; Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

It's Elizabeth Buchanan. She was just told to go across the street to bring it to OIG. Should she wait?

**James Slater**

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301

On Mon, Aug 17, 2026, 12:06 Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

> Hi James,
>
> Heading down there now. What is the person's name, just in case?
>
> Thanks,
>
> **Kristen J. Lonergan**
>
> Chief Legal Counsel
>
> Risk Management and Litigation Compliance Unit
>
> Office of General Counsel
>
> Florida Department of Corrections

501 S. Calhoun Street

Tallahassee, Florida 32399-2500

Direct: (850) 717-3624

Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** James M. Slater <james@slater.legal>
**Sent:** Monday, August 17, 2026 12:05 PM
**To:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** David Schmutzer <david@kaplangrady.com>; Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Kristen,

Per Amber's instructions, I have someone down at the front desk at 501 S. Calhoun with the check. The person down there is saying they cannot accept it. Can you please call down and ensure that the check is accepted and routed where it needs to go. Thanks!

James

**James Slater**

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301

On Fri, Aug 14, 2026, 15:55 Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com> wrote:

Good afternoon,

Amber is out on leave, as we advised she would be at the most recent conferral. I will be handling getting the next sets of documents out to you all as soon as we are able. A great number of those documents are from the Office of the Inspector General for whom we provided an invoice. I believe Amber had already communicated, but if she has not, OIG accepts your offer to settle the invoice for $850 which you communicated during the most recent conferral call. Those records can be produced upon receipt of payment. The other documents, voluminous as they are due to the breadth of the requests, are in the process of being collected and prepared for production. I apologize, there was an issue with the records that we had previously thought we would have ready for production this week and we had to go back to the custodians to start over with those, as we had received the wrong items mistakenly.

My intention is to have you a comprehensive list of what records have been produced, what we are working on producing next, and what we are still awaiting from the relevant custodians by Tuesday at the latest. In doing so, I hope to have an additional set of records to produce with that list.

Sincerely,

**Kristen J. Lonergan**

Chief Legal Counsel

Risk Management and Litigation Compliance Unit

Office of General Counsel

Florida Department of Corrections

501 S. Calhoun Street

Tallahassee, Florida 32399-2500

Direct: (850) 717-3624

Fax: (850) 922-4355

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Friday, August 14, 2026 3:47 PM
**To:** Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>
**Cc:** Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>; Alexandra Gergova <alexandra@kaplangrady.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre

<amelia@kaplangrady.com>; Davis, Brittney <Brittney.Davis@fdc.myflorida.com>
**Subject:** Re: 2nd production of documents - Christina White v. Yates et al, 26-cv-14004 (S.D. Fla.)

Amber,

When can we expect the next tranche of documents? This week, you only sent a link to a public website. Next week, we are going to file a motion with the Court asking it to order FDOC to complete its production by 8/31. As you know, we are on a tight schedule. This subpoena was served in April with a return date in May. Even though you had no basis to stay your response to the subpoena, you unilaterally decided to do so. Even still, Defendants' motion to dismiss was denied a month ago now, and we have received minimal documents. We have no choice but to seek judicial intervention, including our fees.

David

On Wed, Aug 12, 2026 at 1:14 PM Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com> wrote:

David,

We have the list you said you will take for #41. It is a public site: Inmate Mortality / Statistics and Publications - Florida Department of Corrections

Thank you.

**Amber Kourofsky**

Assistant General Counsel

Office of the General Counsel

Florida Department of Corrections

501 South Calhoun Street

Tallahassee, Florida 32399

Office: 850-717-3605

Direct: 850-717-3613

Fax: 850-922-4355

M-F 7:30 – 4:00

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

---

**From:** David Schmutzer <david@kaplangrady.com>
**Sent:** Wednesday, August 12, 2026 12:06 PM
**To:** Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>; Lonergan, Kristen <Kristen.Lonergan@fdc.myflorida.com>
**Cc:** Alexandra Gergova <alexandra@kaplangrady.com>; Jones, Darby <Darby.Jones@fdc.myflorida.com>; elizabeth.alba@myfloridacfo.com; Beard, Donna <Donna.Beard@fdc.myflorida.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>
**Subject:** Re: White et ano v. Yates et al, 26-cv-14004 (S.D. Fla.) - Memorialization Letter

Amber & Kristen,

Do you have an update on when we will receive the next set of documents? You said on Friday it would likely be Monday or early this week.

Thanks,
David

On Fri, Aug 7, 2026 at 5:05 PM Alexandra Gergova <alexandra@kaplangrady.com> wrote:

Ms. Kourofsky and Ms. Lonergan:

On behalf of David Schmutzer, please find attached correspondence memorializing the August 6 meet-and-confer.

Best regards,

Alexandra

**Alexandra Gergova** | Paralegal

**KAPLAN & GRADY LLC**

2071 N. Southport Ave., Ste. 205
Chicago, IL 60614

**T** 312 820 5897 | **F** 312 626 2464

Pronouns: she/hers

alexandra@kaplangrady.com

kaplangrady.com

KAPLAN & GRADY

--

David A. Schmutzer