# Exhibit 5

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY

[redacted]

*This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.*

Copies distribution: White/Health Record Canary/Inspector General Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS

# EMERGENCY ROOM RECORD

**Check all that apply:** ☐ Inmate ☒ Employee ☐ Visitor
☒ Post-Use-of-Force Exam ☐ Injury ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

[redacted]

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.