**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM-SMM

CHRISTINNA WHITE, *et ano.*,

Plaintiffs,

v.

CLIFTON MCCLAY YATES, *et al.*,

Defendants.

_______________________________________/

**[PROPOSED] ORDER ON MOTION TO COMPEL**

THIS MATTER is before the Court on Plaintiffs Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White's motion to compel compliance with their subpoena served on the Florida Department of Corrections ("FDC") (the "Motion"), wherein Plaintiffs seek an order compelling FDC to provide a fulsome response to Plaintiffs' subpoena within one week, and order that FDC's objections, if any, are waived. Being fully advised, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. FDC's objections, if any, are WAIVED.

3. FDC is ORDERED to provide a fulsome and complete response to Plaintiffs' subpoena no later than seven (7) days from the date of this Order.

4. FDC must produce documents without redactions, unless such documents are protected by privilege.

DONE AND ORDERED this day of October ______, 2026 in Fort Pierce, Florida.

__________________________________
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE