# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 2:26-CV-14004-DMM

Plaintiff:
**CHRISTINNA WHITE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CODY LEE WHITE , AND CASEY WHITE**

ODY2026014405

vs.

Defendant:
**CLIFTON MCCLAY YATES, et al**

For:
Alexandra Gergova
Kaplan & Grady LLC
2071 N. Southport Ave.
Ste. 205
Chicago, IL 60614

Received by Ody's Professional Process on the 30th day of September, 2026 at 9:29 am to be served on **ASHLEY SCHROCK,** [redacted].

I, Brandy Negron, CPS #205993, do hereby affirm that on the **14th day of October, 2026** at **9:00 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, CONSENT SECOND AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ASHLEY SCHROCK** at the alternate address of: [redacted], and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
10/2/2026 3:59 pm Ms. Schrock called from the card left on the door at [redacted]. She states that she owns the property but does not reside. Her mother in law resides at the address. She gave her current address: [redacted]. She is requesting service at her current address. She is married now and goes by Ashley E. Gahagen-Hicks.
She confirmed she was employed by Florida Department of corrections in February 2025

She also advised she is married now and goes by the name Ashley E. Gahagen-Hicks

**Description** of Person Served: Age: 30, Sex: f, Race/Skin Color: white, Height: 5'9", Weight: 140, Hair: light brown, Glasses: n

**RETURN OF SERVICE For 2:26-CV-14004-DMM**

I CERTIFY THAT I HAVE NO INTEREST IN THE ABOVE ACTION AND AM OF LEGAL AGE. PURSUANT TO THE PENALTY OF PERJURY LAWS OF THIS STATE, I DECLARE THAT THE FACTS SET FORTH ARE TRUE AND CORRECT.

**Brandy Negron, CPS #205993**
Certified Process Server

**Ody's Professional Process**
**Post Office Box 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026014405

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ashley Schrock
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Date: Sep 15, 2026