## AFFIDAVIT OF SERVICE

| **Case:** 2:26-CV-14004-DM | **Court:** In the United States District Court for the Southern District of Florida | **Job:** 17077649 (2026014428) |
|---|---|---|
| **Plaintiff / Petitioner:** CHRISTINNA WHITE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CODY LEE WHITE , AND CASEY WHITE | | **Defendant / Respondent:** CLIFTON MCCLAY YATES, et al |
| **Received by:** Harris Investigations, LLC | | **For:** Ody's Professional Process |
| **To be served upon:** SUSAN DINIUS-MAST | | |

I, Leverett Crum, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Aaron Mast, [redacted]

**Manner of Service:** Substitute Service - Personal, Oct 13, 2026, 5:53 pm EDT

**Documents:** SUMMONS IN A CIVIL ACTION, CONSENT SECOND AMENDED COMPLAINT (Received Oct 12, 2026 at 3:08pm EDT)

**Additional Comments:**
1) Successful Attempt: Oct 13, 2026, 5:53 pm EDT at [redacted] received by Aaron Mast. Age: 45+; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'8"; Hair: Bald; Relationship: Husband;
I arrived on location and found a newer, black Chevy Colorado trail boss pickup sitting in the driveway. License plate #[redacted]. I knocked on the door and a gentleman answered. I asked to speak with Susan Mast. He said he was her husband. He then introduced himself as Aron Mast. I then handed him the document and took a picture for proof of service.

[signature] 10-14-26

Leverett Crum — Date
ID # 1115

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
765-621-6996

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Amanda Crum

Notary Public

10/14/26 — exp: 11/16/33

Date — Commission Expires

AMANDA CRUM
Notary Public
SEAL
Madison County - State of Indiana
Commission Number NP0767142
My Comm. Expires 11/16/2033

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Susan Dinius-Mast
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts

Date: Sep 15, 2026