IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 26-cv-14004 DMM

CHRISTINA WHITE, as
Personal Representative of the Estate of
Cody Lee White and CASEY WHITE,
individually.

Plaintiffs,

v.

CLIFTON MCCLAY YATES, et al.

Defendants.
_______________________________________________/

**NOTICE OF APPEARANCE AS LEAD COUNSEL AND COUNSEL FOR DEFENDANTS, EMMANUEL ABICHET, JOCELYN FLORESTAL, DANIEL AVERILL, MICHAEL FESSL, BOGDAN MORARU, LAWRENCE DUGAN MCCLURE, ERIC COVIL, and JAMES SANTOS**

**PLEASE TAKE NOTICE** that Sheridan Weissenborn, of Dutton Law Group, P.A. is hereby appearing as lead counsel and counsel for the Defendants, Emanuel Abichet, Jocelyn Florestal, Daniel Averill, Michael Fessl, Bogdan Moraru, Lawrence Dugan McClure, Eric Covil, and James Santos, and until further order of this Court requests that all parties to the above styled cause of action hereafter send copies of all pleadings to the undersigned at sweissenborn@duttonlawgroup.com, and to her assistant at service.skw@duttonlawgroup.com .

**RESPECTFULLY SUBMITTED:**
**DUTTON LAW GROUP, P.A.**
9700 S. Dixie Highway, Suite 940
Miami, FL 33156
(786) 871-7971
sweissenborn@duttonlawgroup.com
Service.skw@duttonlawgroup.com
By:/s/Sheridan Weissenborn
**Sheridan Weissenborn**

Fla. Bar. No: 165960

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of October, 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF. I also certify that the foregoing Notice of Appearance is being served upon; James M. Slater, Esq., Slater Legal, PLLC, 9000 Dadeland Blvd. Ste. 1500, Miami, Fla. 33156 at the designated email address james@slater.legal,; to Sarah Grady Esq., Matthew Underwood, Esq. David Schmutzer, Esq., and Amelia Caramadre, Esq.,. Kaplan &Grady, LLC, 2071 N. Southport Ave, Ste. 205 Chicago, Ill 60614, at the email addresses david@kaplangrady.com sarah@kaplangrady.com, amelia@kaplangrady.com and matthew@kaplangrady.com; to Lourdes E. Wydler, Esq., Wydler Law, 1550 Madruga Ave. Ste. 400, Coral Gables, Fla. 33146 at email address, email:lew@wydlerlaw.com and guertty@wydlerlaw.com and to Christopher J. Whitelock, Esq., Jessalynn R. Kantzavelos, Esq., and David Frank, Esq., Whitelock & Associates, 300 Southeast Thirteenth Street. Fort Lauderdale, Fla. 33316, email addresses: cjw@whitelocklegal.com, jrk@whiteloclegal.com, davidfrank@whitelocklegal.com and ark@whitelocklegal.com

**RESPECTFULLY SUBMITTED:**
**DUTTON LAW GROUP, P.A.**
1725 ½ E. 7th Ave.
Ybor City, Fla. 33605
(786) 871-7971
sweissenborn@duttonlawgroup.com
Service.skw@duttonlawgroup.com
By:/s/Sheridan Weissenborn
**Sheridan Weissenborn**
Fla. Bar. No: 165960