# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 2:26-CV-14004

Plaintiff:
**CHRISTINNA WHITE, AS PERSONAL PRESENTATIVE OF THE ESTATE OF CODY LEE WHITE AND CASEY WHITE**

ODY2026014325

vs.

Defendant:
**CLIFTON YATES, et al.**

For:
Alexandra Gergova
Kaplan & Grady LLC
2071 N. Southport Ave.
Ste. 205
Chicago, IL 60614

Received by HEATHER WOLF on the 9th day of October, 2026 at 10:56 am to be served on **DEMETRIC LUCKETT,** [redacted].

I, HEATHER WOLF, do hereby affirm that on the **19th day of October, 2026** at **3:00 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, CONSENT SECOND AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DEMETRIC LUCKETT** at the address of: **3420 NE 168TH STREET, OKEECHOBEE, FL 34972**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
10/6/2026 5:50 pm Attempted service at [redacted], Non-serve address. Spoke to tenant of the apartment, who advised that no person with the defendant name resides at this address.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Black, Height: 6'2", Weight: 300, Hair: Black, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which se rvice was affected in accordance with State Statute.

**HEATHER WOLF**
23-04

**ODY'S PROFESSIONAL PROCESS**
**P.O. BOX 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026014325
Ref: DL-14004

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i

SERVED 10/19/26, 3:00PM
HW 23-04

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White<br>*Plaintiff(s)*<br>v.<br>Clifton McClay Yates, et al.,<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-14004 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Demetric Luckett
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 15, 2026

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts