UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 26-cv-14004-DMM

CHRISTINNA WHITE, as Personal Representative
Of the Estate of Cody Lee White and CASEY
WHITE, individually,

Plaintiffs,

vs.

SERGEANT HERNANDEZ, et.al,

Defendants.
_______________________________________/

**THE FLORIDA DEPARTMENT OF CORRECTIONS MOTION FOR EXTENSION OF TIME TO RESPONSE TO PLAINTIFF'S MOTION TO COMPEL [ECF NO. 107]**

The Florida Department of Corrections, (the "FDOC"), by and through their undersigned counsel, hereby requests additional time to files its response to Plaintiff's Motion to Compel [ECF No. 107] and states as follows:

The subpoena served makes requests for copious amounts of production and has resulted in tens of thousands of pages of documents and several disks worth of videos. The department needs more time to conduct a review of all of the requests and documents collected and to compare them to the documents produced and then draft a response detailing the same. The department is requesting 30 days from entry of order.

Respectfully submitted,

**Richard Comerford, Secretary**

Florida Department of Corrections

*<u>/s/ Amber Kourofsky, Esq.</u>*

Amber Kourofsky, Esq.
Assistant General Counsel
Florida Bar No.: 85100
Florida Department of Corrections
Office of the General Counsel
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Telephone: (850) 717-3613
Facsimile: (850) 922-4355
amber.kourofsky@fdc.myflorida.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-filed with the Court and furnished to all parties of record on October 23, 2026.

<u>/s/ Amber Kourofsky, Esq.</u>
Amber Kourofsky, Esq.