**From:** Kourofsky, Amber <Amber.Kourofsky@fdc.myflorida.com>
**Sent:** Wednesday, October 14, 2026 10:12
**To:** david@kaplangrady.com
**Cc:** alexandra@kaplangrady.com; Davis, Brittney; Forren, Kelly
**Subject:** Cody White 8th wave of productionv10-14-26

David,

We will be sending the eighth wave momentarily.

After this wave, the only thing left is the videos for number 13, as the remainder of 13 was already produced, and number 37.

We were told by the custodian we could have the videos for 13 later today or Monday depending on the time to download and upload.

**Amber Kourofsky**
Assistant General Counsel
Office of the General Counsel
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399
Office: 850-717-3605
Direct: 850-717-3613
Fax: 850-922-4355
M-F 7:30 – 4:00

***We Never Walk Alone***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**