# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 2:2-CV-14004

Plaintiff:
**CHRISTINNA WHITE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CODY LEE WHITE, AND CASEY WHITE**

vs.

Defendant:
**CLIFTON MCLAY YATES, ET AL.**

For:
SLATER LEGAL PLLC

Received by HEATHER WOLF on the 1st day of October, 2026 at 3:48 pm to be served on **IRA MCBRIDE, 3420 NE 168TH STREET, OKEECHOBEE, FL 34972**.

I, HEATHER WOLF, do hereby affirm that on the **19th day of October, 2026** at **3:00 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION & CONSENT SECOND AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **IRA MCBRIDE** at the address of: **3420 NE 168TH STREET, OKEECHOBEE, FL 34972**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Black, Height: 5'0", Weight: 170, Hair: Black, Glasses: N

Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was effected in accordance with State statutes. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

**HEATHER WOLF**
CPS #23-04

**ACCURATE SERVE**
**1193 SE PORT ST LUCIE BLVD**
**SUITE 326**
**PORT ST LUCIE, FL 34952**
**(772) 207-1544**

Our Job Serial Number: ARD-2026006532
Ref: PSL8622

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

DELIVERED 10/19/2026 03:00 PM
SERVER HW
LICENSE CPS #23-04

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White

*Plaintiff(s)*

v.

Clifton McClay Yates, et al.,

*Defendant(s)*

Civil Action No. 2:26-cv-14004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ira McBride
3420 NE 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: Sep 15, 2026

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts