UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 26-cv-14004-DMM

CHRISTINNA WHITE, as Personal Representative
Of the Estate of Cody Lee White and CASEY
WHITE, individually,

Plaintiffs,

vs.

SERGEANT HERNANDEZ, et.al,

Defendants.
_______________________________________/

**NONPARTY FLORIDA DEPARTMENT OF CORRECTIONS NOTICE OF COMPLIANCE WITH NONPARTY SUBPOENA**

Nonparty Florida Department of Corrections, (the "FDOC"), by and through their undersigned counsel, hereby files notice with this Court of its compliance with the subpoena served upon it in April of 2026. All documents and items responsive have been produced to Plaintiff's counsel.

Respectfully submitted,

**Richard Comerford, Secretary**
Florida Department of Corrections

*/s/ Amber Kourofsky, Esq.*
Amber Kourofsky, Esq.
Assistant General Counsel
Florida Bar No.: 85100
Florida Department of Corrections
Office of the General Counsel
501 South Calhoun Street
Tallahassee, Florida 32399-2500

Telephone: (850) 717-3613
Facsimile: (850) 922-4355
amber.kourofsky@fdc.myflorida.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-filed with the Court and furnished to all parties of record on October 30, 2026.

/s/ Amber Kourofsky, Esq.
Amber Kourofsky, Esq.