UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRISTINA WHITE, as
Personal Representative of the
Estate of Cody Lee White and
CASEY WHITE, individually.

Plaintiffs,

v. Case No.: 2:26-CV-14004-DMM

SERGEANT DISAN HERNANDEZ,
et al.

Defendants.
_______________________________/

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, Susan Dinnius-Mast, Ashley Schrock, Teleetha Haslem, and Charmin Anderson, by and through the undersigned counsel, pursuant to S.D. Fla. L.R. 7.1, hereby files these unopposed Motions as follows:

1. Plaintiff filed his Complaint on January 05, 2026. *D.E. 1.*
2. An Amended Complaint was followed by a Second Amended Complaint ("SAC"), *D.E. 89.*
3. The SAC is now the operative complaint filed on September 10, 2026.
4. The above defendants have each been served as follows:

Susan Dinnius-Mast served on 10/13/2026, response due 11/3/2026

Ashley Schrock served on 10/14/2026, response due 11/4/2026

Teleetha Haslem served on 10/14/2026, response due 11/4/2026

Charmin Anderson served 10/14/2026, response due 11/4/2026

5. The parties have conferred and discussed the matter, whereupon plaintiff has agreed to allow all mentioned parties to file a responsive pleading on or before November 13, 2026, to plaintiff's Second Amended Complaint.
6. Defendants Susan Dinnius-Mast, Ashley Schrock, Teleetha Haslem and Charmin Anderson, request an enlargement of time to file a responsive pleading to plaintiff's SAC with a responsive date of November 13, 2026.

WHEREFORE, for the foregoing reasons, Defendants Susan Dinnius-Mast, Ashley Schrock, Teleetha Haslem and Charmin Anderson request this Court (1) grant the motions and the relief requested herein, (2) enter the Order granting the defendant's motion, and (3) grant any additional relief as this Court deems just and proper.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
/s/ Broderick Taylor
Broderick Taylor, Esq.
Senior Assistant Attorney General
Florida Bar No.: 0648574

Office of the Attorney General
1300 Riverplace Blvd, Suite 405
Jacksonville, Florida 32207
Telephone: (904) 456-6471
Broderick.Taylor@myfloridalegal.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Defendant's Motion for Enlargement of Time* was electronically filed with the Clerk of Court using CM/ECF on October 30, 2026, and furnished by email

/s/ Broderick Taylor
Broderick Taylor, Esq.

## CERTIFICATE OF CONFERENCE

The parties have conferred via email and plaintiff has no objection to defendants request for an enlargement of time to respond to the Plaintiff's Second Amended Complaint.

/s/Broderick Taylor
Broderick Taylor, Esq.