**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI CIVIL DIVISION**

CHRISTINA WHITE, as
Personal Representative of the
Estate of Cody Lee White and
CASEY WHITE, individually.

Plaintiff's,

v. Case No. 2:26-CV-14004-DMM

CLIFTON MCCLAY YATES,
et al..
Defendants.
_________________________________/

**NOTICE OF FILING PROPOSED ORDER IN SUPPORT OF DEFENDANTS' SUSAN DINNIUS-MAST, ASHLEY SCHROCK, TELEETHA HASLEM, AND CHARMIN ANDERSON MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants hereby give its notice of filing a Proposed Order in support of its Motion for Enlargement of Time to Respond to Plaintiff's Second Amended Complaint. This item was inadvertently excluded from the initial "Motion for Enlargement of Time to Respond to Plaintiff's Second Amended Complaint" (ECF 134).

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

*/s/ Broderick Taylor*
Broderick Taylor, Esq
Senior Assistant Attorney General
Florida Bar No.: 0648574
Office of the Attorney General
Civil Litigation Division-
North Florida Bureau
1300 Riverplace Blvd. Suite 405
Jacksonville, Florida 32207
Telephone: (904) 456-6471
Broderick.Taylor@myfloridalegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Filing Proposed Order* has been electronically filed through the CM/ECF system on October 30, 2026.

*/s/ Broderick Taylor*
Broderick Taylor, Esq.