UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI CIVIL DIVISION

CHRISTINA WHITE, as
Personal Representative of the
Estate of Cody Lee White and
CASEY WHITE, individually.

Plaintiffs, v.

v. Case No.: 2:26-CV-14004-DMM

CLIFTON MCCLAY YATES,
et al.

Defendants.
_____________________________/

**ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

THIS CAUSE having come before the Court on Defendants, Susan Dinnius-Mast, Ashley Schrock, Teleetha Haslem, and Charmin Anderson, unopposed Motion for an Enlargement of Time to Respond to Plaintiff's Second Amended of Complaint, and the Court having reviewed the Court file and being advised, it is hereupon

ORDERED and ADJUDGED as follows:

The defendants, Susan Dinnius-Mast, Ashley Schrock, Teleetha Haslem, and Charmin Anderson, shall have up to and including November 13, 2026, to respond to the Second Amended Complaint.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this ________ day of November 2026.

______________________________
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record