UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRISTINA WHITE, As
Personal Representative Of The
Estate Of CODY LEE WHITE And
Casey White, Individually

Plaintiffs,

v. Case No.: 2:26-CV-14004 DMM

SERGEANT DISAN HERNANDEZ, et al.

Defendants.
_______________________________/

**NOTICE OF APPEARANCE**

Notice is hereby given that undersigned counsel hereby enters his appearance as counsel of record for Defendant Susan Dinnius-Mast. Please send all future pleadings and correspondence in this case to undersigned counsel's attention.

Primary: Broderick.Taylor@myfloridalegal.com

Wendy.Cusick@myfloridalegal.com

Sherell.Johnson@myfloridalegal.com

Respectfully Submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

*/s/ Broderick Taylor*
Broderick Taylor, Esq.

Senior Assistant Attorney General
Florida Bar No.: 0648574
Office of the Attorney General
Civil Litigation Division-
North Florida Bureau
1300 Riverplace Blvd. Suite 405
Jacksonville, FL 32207
Tel: (904) 456-6471
Broderick.Taylor@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance* has been electronically filed through the CM/ECF system on this 30th day of October 2026 and has been furnished by U.S. mail to: James M. Slater, Esq., Slater Legal, PLLC, 9000 Dadeland Blvd. Ste. 1500, Miami, Fla. 33156, james@slater.legal; Sarah Grady Esq., Matthew Underwood, Esq. David Schmutzer, Esq., and Amelia Caramadre, Esq.,. Kaplan & Grady, LLC, 2071 N. Southport Ave, Ste. 205 Chicago, Ill 60614, david@kaplangrady.com, sarah@kaplangrady.com, amelia@kaplangrady.com and matthew@kaplangrady.com; to Lourdes E. Wydler, Esq., Wydler Law, 1550 Madruga Ave. Ste. 400, Coral Gables, Fla. 33146, lew@wydlerlaw.com and guertty@wydlerlaw.com; to Christopher J. Whitelock, Esq., Jessalynn R. Kantzavelos, Esq., and David Frank, Esq., Whitelock & Associates, 300 Southeast Thirteenth Street. Fort Lauderdale, Fla. 33316, cjw@whitelocklegal.com, jrk@whiteloclegal.com, ark@whitelocklegal.com, and

davidfrank@whitelocklegal.com and to Sheridan Weissenborn, Esq., Dutton Law Group, P.A., 9700 S. Dixie Highway, Suite 940, Miami FL 33156, sweissenborn@duttonlawgroup.com and service.skw@duttonlawgroup.com on the 30th day of October 2026.

*/s/ Broderick Taylor*
Broderick Taylor, Esq.