UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO: 26-CV-14004-DMM

CHRISTINNA WHITE, as Personal Representative of the Estate of Cody Lee White and CASEY WHITE, individually,

Plaintiff,

vs.

SERGEANT DISAN HERNANDEZ, SERGEANT CLIFTON MCCLAY YATES, CORRECTIONAL OFFICER MICHAEL CORRADO, CORRECTIONAL OFFICER THOMAS DUNN, CAPTAIN WILLIAM HAMILTON, SERGEANT ANDRIANA RANKINE, LIEUTENANT DENNIS BURNEY, SERGEANT CARTER, JESUS CRUZADO, BOYKINS, and DOES 1-11

Defendants.

______________________________________/

**DEFENDANTS DISAN HERNANDEZ, CLIFTON MCCLAY YATES, MICHAEL CORRADO, WILLIAM HAMILTON, DENNIS BURNEY AND TROY HAWKINS' MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Defendants DISAN HERNANDEZ, CLIFTON MCCLAY YATES, MICHAEL CORRADO, WILLIAM HAMILTON, DENNIS BURNEY and TROY HAWKINS (collectively, "Defendants"), by and through their undersigned counsel, Whitelock & Associates, P.A., and pursuant to Federal Rules of Civil Procedure 7 and 8, hereby file this Motion to Continue Settlement Conference, and in support thereof state as follows:

1. Pursuant to Local Rule 7.1 of the United States District Court for the Southern District of Florida, Defendants respectfully move to continue the settlement conference currently scheduled for November 17, 2026, and request that the conference be reset to a date approximately sixty (60) days later, after the recently added defendants have been served and afforded a reasonable opportunity to appear and prepare.

2. This action commenced on January 5, 2026. On September 10, 2026, Plaintiffs filed Second Amended Complaint, adding numerous new defendants to the case. The settlement conference is presently set for November 17, 2026, roughly two months after the new defendants were added.

3. As of the date of this motion, many of the newly added defendants have not yet been served and have not appeared. Those who have been served were joined too recently to retain counsel or investigate the claims against them.

4. A scheduling or case-management order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Good cause exists where the existing schedule "cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). District courts also possess "unquestionable" authority to control their own dockets, including "broad discretion in deciding how best to manage the cases before them," and wide discretion to grant a continuance based on the facts and circumstances of each case. *Smith v. Psychiatric Solutions, Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014).

5. Good cause is present here. The need to continue the settlement conference arises not from any lack of diligence by Defendants, but rather as a result of Plaintiffs' recent addition of numerous new defendants shortly before the settlement conference. A settlement conference is only productive when the parties able to resolve the case are present and prepared to negotiate in good faith with full authority. Proceeding while many newly added defendants remain unserved, unrepresented, and unprepared would deprive the conference of its purpose and risk the need for a second conference once the new defendants are before the Court.

6. The parties have discussed the relief sought herein and agreed to continue the settlement conference to the latter half of December. Defendants Dunn, Cruzado, and Rankine are in agreement. Additionally, Defendants Kurzen, Saintford, Guacin, Hansen, Luckett, Abichet, Florestal, Averil, Fessl, Moraru, McClure, Covil, and Santos have all been recently served;

Defense counsel has conferred with the recently served Defendants, and they are in agreement with the relief sought herein.

7. A continuance will not prejudice any party or inconvenience the Court. A brief continuance will allow the conference to proceed once all parties are present and prepared, conserving the resources of the Court and preserving judicial efficiency.

**WHEREFORE,** Defendants DISAN HERNANDEZ, CLIFTON MCCLAY YATES, MICHAEL CORRADO, WILLIAM HAMILTON, DENNIS BURNEY and TROY HAWKINS, respectfully request that the Court enter an order continuing the settlement conference presently scheduled for November 17, 2026, and resetting it to a date after the newly added defendants have been served and afforded a reasonable time to appear and prepare, together with such other relief as the Court deems just and proper.

Respectfully submitted,

WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Phone No.: (954) 463-2001
Facsimile No.: (954) 463-0410
Counsel for Defendants, Hernandez, Yates, Corrado, Hamilton, Burney and Hawkins

/s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK
Florida Bar No. 067539
HORATIO N. GARCIA
Florida Bar No. 1054187

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that counsel for Defendants conferred via email correspondence with all counsel of record. Counsel for Plaintiff agrees with the relief sought in the present motion.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

## CERTIFICATE OF SERVICE

**I HEREBY CERITFY** that on November 5, 2026, the foregoing document was filed with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and by U.S. Mail, for those counsel or parties who are not authorized to receive electronic Notices of Filing.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

**SERVICE LIST**

James M. Slater, Esq.
Slater Legal, PLLC
9000 Dadeland Blvd., #1500
Miami, FL 33156
e-mail: james@slater.legal

Sarah Grady, Esq.
Matthew Underwood, Esq.
David Schmutzer, Esq.
Amelia Caramadre, Esq.
Kaplan & Grady, LLC
2071 N. Southport Ave., Suite 205
Chicago, IL 60614
Email: david@kaplangrady.com
sarah@kaplangrady.com
amelia@kaplangrady.com
matthew@kaplangrady.com

Lourdes E. Wydler, Esq.
Wydler Law
1550 Madruga Avenue, #400
Coral Gables, FL 33146
lew@wydlerlaw.com
guertty@wydlerlaw.com

Sheridan Weissenborn, Esq.
Dutton Law Group, P.A.
9700 S. Dixie Highway, Suite 940
Miami, FL 33156
e-mail: sweissenborh@duttonlawgroup.com
e-mail: service.skw@duttonlawgroup.com

Broderick Taylor, Esq.
Senior Assistant Attorney General
James Uthmeier Attorney General
Office of the Attorney General
Civil Litigation Division – North Florida Bureau
1300 Riverplace Blvd., Suite 405
Jacksonville, FL 32207
e-mail: Broderick.taylor@myfloridalegal.com