# Exhibit 4

KAPLAN & GRADY

Amelia Caramadre <amelia@kaplangrady.com>

## White - meet and confer re motion to compel ruling and subpoena objections

**Amelia Caramadre** <amelia@kaplangrady.com> Tue, Nov 3, 2026 at 1:10 PM
To: "Kourofsky, Amber" <Amber.Kourofsky@fdc.myflorida.com>
Cc: David Schmutzer <david@kaplangrady.com>, Sarah Grady <sarah@kaplangrady.com>, Matthew Underwood <matthew@kaplangrady.com>, "James M. Slater" <james@slater.legal>, Alexandra Gergova <alexandra@kaplangrady.com>, "Forren, Kelly" <Kelly.Forren@fdc.myflorida.com>, "Jones, Darby" <Darby.Jones@fdc.myflorida.com>

Amber,
Thanks for taking my call today. I asked if we could set a time to confer based on the issues David listed in his email from yesterday, and you asked what we wanted to confer about, so we began a discussion.

We conferred regarding Plaintiff's intention to file a motion for reconsideration. Your position is that you agree with the court's order, and you have produced everything responsive to the subpoena. I stated that we don't believe full compliance has been made, as our October 16 letter outlines documents that are outstanding and have not been produced. Additionally, you produced thousands of pages with full redactions without explaining the reason for each redaction, and the fully redacted productions effectively amount to nothing. You said that you didn't get a chance to review the October 16 letter and the redactions were because the requests were irrelevant, overbroad, and the documents were otherwise HIPAA protected or confidential. I said it's impossible to know what the reason for each redaction is since it is not identified. You agreed we can let the court inform us if the redactions are improper. We were not able to reach any resolution as to these issues and we will move forward with a motion for reconsideration.

As to the two additional subpoenas, you previously stated in an email that you object entirely to both of them. I asked for the basis of your objections, and you stated that you didn't know yet what your basis is, but you will file objections on the record at some point. I asked if that would be before the 14-day deadline to state objections, because stating broadly that you object entirely isn't sufficient to put us on notice of what your objections are, but you weren't sure whether you'd provide your basis by that time. Please provide the basis for your objections by the 14-day mark, which is November 12.

Thank you,
Amelia

Amelia Caramadre
**KAPLAN & GRADY**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
T: (312) 815-2684
amelia@kaplangrady.com
kaplangrady.com

[Quoted text hidden]