**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

Plaintiffs,

v.

CLIFTON MCCLAY YATES, *et al.*,

Defendants.

_______________________________________/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER**
**THE COURT'S DENIAL OF PLAINTIFFS' MOTION TO COMPEL**

THIS MATTER is before the Court on Plaintiffs Christinna and Casey White's Motion to Reconsider this Court's Denial of their Motion to Compel (the "Motion"). Having consider the motion and the record, it is hereby

ORDERED AND ADJUDGED that

1. The Motion is GRANTED.

2. The previous order denying Plaintiffs' Motion to Compel (ECF No. 142) is VACATED.

3. The Court FINDS that nonparty Florida Department of Corrections ("FDC") has failed to comply with its obligations under Rule 45 of the Federal Rules of Civil Procedure. Within 14 days FDC must reproduce all redacted documents without redaction. Within that same period, FDC must complete production of all outstanding records identified in the Plaintiffs' deficiency letter attached as Exhibit 3 to the Motion.

DONE AND ORDERED this _______ day of ___________________, 2026 in chambers at West Palm Beach, Florida.

______________________________________
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE