**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM

CHRISTINNA WHITE, *et ano.*,

Plaintiffs,

v.

SERGEANT HERNANDEZ, *et al.*,

Defendants.
______________________________________/

**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RESPONSES AND EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White, in his individual capacity, by and through their counsel, respectfully request that this Court allow Plaintiffs to file one consolidated response to the Motions to Dismiss at Dkts. 145 and 148, and grant a 6-day extension for the response for Dkt. 145 so the consolidated response will be due on November 23. In support, Plaintiffs state as follows:

1. Defendants Anderson, McBride, Schrock, Dinius-Mast, Dennis, and Haslem filed a Motion to Dismiss on November 3, 2026. Dkt. 145. Plaintiffs' response is due on November 17.

2. Defendant Luckett filed a Motion to Dismiss on November 9. Dkt. 148. Plaintiffs' response is due November 23.

3. Plaintiffs seek permission to file one consolidated response, and a small 6-day extension so the response to the earlier motion (Dkt. 145) can be filed by the November 23 deadline for the second motion (Dkt. 148) and be considered timely. There is good cause to grant this extension and consolidation: both motions raise similar arguments for dismissal, *see* Dkts.

145, 148, and permitting a consolidated response would conserve the Court's and the parties' resources by streamlining the briefing for the pending dismissal motions.

4. Plaintiffs conferred with counsel for Defendants Anderson, McBride, Schrock, Dinius-Mast, Dennis, and Haslem and Defendant Luckett in writing on November 12. Counsel for Defendants do not oppose the requested relief. *See* L.R. 7.1(a)(3).

**WHEREFORE**, Plaintiffs respectfully request that the Court grant their motion to file one consolidated response and extend their time to respond to Defendants Anderson, McBride, Schrock, Dinius-Mast, Dennis, Haslem's Motion To Dismiss by 6 days, up to and including November 23, 2026.

Dated: November 13, 2026 Respectfully submitted,

*/s/ James M. Slater*

James M. Slater (FBN 111779)
SLATER LEGAL PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal

Sarah Grady*
Matthew Underwood*
David Schmutzer*
Amelia Caramadre*
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 254-8629

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*