**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM-SMM

CHRISTINNA WHITE, *et ano.*,

Plaintiffs,

v.

CLIFTON MCCLAY YATES, *et al.*,

Defendants.

______________________________________/

**[PROPOSED] ORDER ON MOTION TO CONSOLIDATE AND EXTEND**

THIS MATTER is before the Court on Plaintiffs Christinna White, as Personal Representative of the Estate of Cody Lee White, and Casey White's unopposed motion wherein Plaintiffs seek an order (1) allowing them to file one consolidated response to the Motions to Dismiss at Dkts. 145 and 148, and (2) granting them a 6-day extension for the response to Dkt. 145, with the consolidated response being due on November 23. Being fully advised, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Plaintiffs can submit one consolidated response to Defendants' motions to dismiss at Dkts. 145 and 148.

3. The consolidated response is due on or before November 23.

DONE AND ORDERED this day of November ______, 2026 in West Palm Beach, Florida.

______________________________
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE