# Exhibit 1

---

**From:** Nicholas J.P. Meros <NMeros@shutts.com>
**Sent:** Monday, November 16, 2026 16:40
**To:** Amelia Caramadre; David Schmutzer; James M. Slater; Matthew Underwood; Sarah Grady; Alexandra Gergova
**Cc:** Kourofsky, Amber; kelly.forren@fdc.myflorida.com
**Subject:** White v. Yates - Case No. 2:26-cv-14004 - Motion for Reconsideration

Counsel,

As you may know, my firm and I have been retained to represent the Department in responding to and complying with third-party subpoenas in this case. To that end, we will be filing our responses to Plaintiffs' Motion for Reconsideration this evening.

After reviewing the Court's HIPAA protective order, the Department will agree to produce unredacted versions of previously-redacted documents that include PHI within the scope of subparagraphs (a)-(c) on pages 2-3 of the HIPAA order. We aim to produce these documents by the end of this week, or November 20, 2026. That said, any records with PHI not covered by the HIPAA order will remain redacted.

On another note, I will be sending a separate e-mail to respond to your request to confer on our objections to Plaintiffs' inspection subpoena.

Please don't hesitate to let me know if you or your client has any questions. Thank you.

Nick Meros

**Nicholas J.P. Meros**
Partner | Shutts & Bowen LLP
Tel: (850) 241-1728
215 South Monroe Street, Ste. 804, Tallahassee, FL 32301
Bio | E-Mail | vCard | www.shutts.com