**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NUMBER 2:26-cv-14004-DMM/Mills Maynard**

CHRISTINNA WHITE, as Personal Representative of the Estate of Cody Lee White, and CASEY WHITE, individually,

Plaintiffs,

vs.

CLIFTON MCCLAY YATES, DISAN HERNANDEZ, MICHAEL CORRADO, THOMAS DUNN, WILLIAM HAMILTON, ANDRIANA RANKINE, DENNIS BURNEY, JESUS CRUZADO, JOE GAUCIN, CHARMIN ANDERSON, THERESA COLLINS, ANGELITA DENNIS, SUSAN DINIUS-MAST, ELANA HANSEN, TELEETHA HASLEM, VANESSA HOUZE, SHEILA KURZEN, LAQUETA LEWIS-MCMATH, IRA MCBRIDE, SHAKIA RICHARDS, LOUISMY SAINTFORT, ASHLEY SCHROCK, EMMANUEL ABICHET, JOCELYN FLORESTAL, MICHAEL FESSL, ERIC COVIL, DANIEL AVERILL, DEMETRIC LUCKETT, LAWRENCE DUGAN, BOGDAN MORARU, TROY HAWKINS, and JAMES SANTOS,

Defendants.
_______________________________________/

**JOINT MOTION TO EXTEND ALL PRETRIAL DEADLINES AND CONTINUE TRIAL**

Plaintiffs, CHRISTINNA WHITE and CASEY WHITE ("Plaintiffs"), and Defendants, CLIFTON MCCLAY YATES, DISAN HERNANDEZ, MICHAEL CORRADO, THOMAS DUNN, WILLIAM HAMILTON, ANDRIANA RANKINE, DENNIS BURNEY, JESUS CRUZADO, JOE GAUCIN, CHARMIN ANDERSON, ANGELITA DENNIS, SUSAN DINIUS-MAST, ELANA HANSEN, TELEETHA HASLEM, SHEILA KURZEN, IRA MCBRIDE,

SHAKIA RICHARDS, LOUISMY SAINTFORT, ASHLEY SCHROCK, EMMANUEL ABICHET, JOCELYN FLORESTAL, MICHAEL FESSL, ERIC COVIL, DANIEL AVERILL, DEMETRIC LUCKETT, LAWRENCE DUGAN, BOGDAN MORARU, TROY HAWKINS, and JAMES SANTOS ("Defendants") (collectively, "Parties"), by and through their respective undersigned counsel and pursuant to Federal Rules of Civil Procedure and Local Rules 7.1 and 7.6, hereby file this Joint Motion to Extend All Pretrial Deadlines and Continue Trial and, in support, state:

1. This is a purported civil rights action arising from the death of inmate Cody White while in state custody. *See* ECF No. 89. Plaintiffs filed their original Complaint on January 5, 2026 and their Amended Complaint on March 31, 2026. *See* ECF No. 1; 35. Attorney Christopher Whitelock moved to dismiss the Amended Complaint on behalf of Defendants on April 14, 2026 and May 22, 2026. *See* ECF No. 38; 50. After the matter was fully briefed, the Court entered an order denying the Defendants' Motion to Dismiss on July 15, 2026. *See* ECF No. 68. The original Defendants filed their Answer and Affirmative Defenses to Plaintiffs' Amended Complaint on July 29, 2026. *See* ECF No. 73.

2. The Court's Order also set this matter for trial during the two-week trial period commencing March 22, 2027, with a calendar call set for March 17, 2027. ECF No. 76.

3. On August 20, 2026, Attorney Whitelock and Attorney Wydler filed a Stipulation for Substitution of Counsel, which was unopposed by Plaintiffs, requesting that undersigned counsel be substituted as counsel for Defendants Dunn, Rankine, Carter, and Cruzado. *See* ECF

No. 77. The Court entered an order approving of the substitution on August 21, 2026. *See* ECF. No. 78.[1]

4. Due to the recent substitution of counsel and press of other litigation, Attorney Wydler filed an Unopposed Motion to Extend Pretrial Deadlines and Reset the Settlement Conference on September 8, 2026, which was granted on September 14, 2026, and extended certain deadlines by thirty (30) days. *See* ECF No. 87; 90. The deadline to add parties and amend pleadings was extended until October 12, 2026; the deadline for motions for class certification was extended to October 17, 2026; the deadline to complete discovery was extended to January 13, 2027; the deadline for pretrial motions was extended to February 10, 2027; and the deadline to complete mediation was extended to February 22, 2027. ECF No. 90.

5. Plaintiffs, with the consent of all named Defendants, who were before the Court at that time filed their Consent Second Amended Complaint on September 10, 2026, adding twenty-four (24) new defendants and removing one defendant, Carter. ECF No. 89. Summonses have been issued to the newly-added defendants, and all but three have been served. *See* ECF No. 93.

6. Following the addition of these twenty-four (24) defendants, two new attorneys have joined the case. There are currently three Motions to Dismiss that are pending. ECF Nos. 118, 145, 148.

7. Additionally, there are outstanding discovery issues that have been on going with the third-party, Florida Department of Corrections. Today, the Court ordered the Department to comply with Plaintiffs' subpoena, ECF 159, but it is unknown when compliance will be made.

[1] An Amended Substitution of Counsel was filed to correct the termination of Attorney Whitelock as counsel for Disan Hernandez, Clifton McClay Yates, Michael Corrado, William Hamilton, and Dennis Burney. *See* ECF No. 84. The Court entered an Amended Order Approving Defendants' Stipulation for Substitution of Counsel on September 10, 2026. ECF No. 88.

Plaintiffs have served two additional subpoenas on the Department, to which it initially objected entirely. These additional subpoenas are for additional documents, including but not limited to, documents related to the newly added Defendants, and for a site inspection. Plaintiffs and the Department are in the process of conferring; however, Plaintiffs anticipate this too could result in litigation. Further delays in obtaining relevant discovery from the Department may further delay the ability to start taking Defendant depositions, since Plaintiffs believe the documents sought are relevant to the Defendants' alleged actions related to Cody's murder.

8. The Parties predict that discovery will take longer than originally anticipated given the discovery of additional Defendants and the ongoing delays obtaining centrally relevant documents from the Florida Department of Corrections. The delay of Party depositions, along with the delay in obtaining relevant documents, also means that the Parties' experts are delayed in being able to complete their reports.

9. As such, the Parties respectfully request a four-month extension of the deadlines. The parties also agree that it would assist in the completion of expert discovery to have separate dates for the close of fact and expert discovery Accordingly, the following amended pretrial deadlines are jointly proposed:

| **Previous Deadlines** | **Proposed Deadlines** | **Pretrial Procedure** |
|---|---|---|
| **October 12, 2026** | **February 12, 2027** | Joinder of Additional Parties and Amend Pleadings |
| **October 17, 2026** | **February 17, 2027** | Any motions for class certification shall be filed. |
| | **February 26, 2027** | Expert disclosures shall be served |
| **January 13, 2027** | **March 31, 2027** | Fact Discovery Deadline |
| **February 10, 2027** | **April 30, 2027** | Dispositive Motions (such as summary judgment motions) |
| **February 22, 2027** | **May 12, 2027** | Completion of mediation or settlement conference |
| **February 16, 2027** | **June 16, 2027** | Trial-Related Motions (such as Motions in Limine and Daubert Motions) |

| | | |
|---|---|---|
| **February 22, 2027** | **June 22, 2027** | Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. |
| **March 8, 2027** | **July 8, 2027** | Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances. |
| **March 15, 2027** | **July 15, 2027** | Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. |

10. The Parties propose scheduling calendar call on or about July 21, 2027, with a trial period commencing on or about July 26, 2027.

11. In light of the addition of twenty-four (24) defendants, some of whom are still being served, and the delays in discovery with the Florida Department of Corrections and related litigation, there is good cause to extend all deadlines and continue trial. Attached as Exhibit 1 is a supporting affidavit pursuant to S.D. Fla. Local Rule 7.6.

12. Pursuant to S.D. Fla. Local Rule 7.1, counsel for the Parties have conferred and are in agreement with the relief sought and deadlines proposed.

WHEREFORE, Plaintiffs, CHRISTINNA WHITE and CASEY WHITE, and Defendants, CLIFTON MCCLAY YATES, DISAN HERNANDEZ, MICHAEL CORRADO, THOMAS DUNN, WILLIAM HAMILTON, ANDRIANA RANKINE, DENNIS BURNEY, JESUS CRUZADO, JOE GAUCIN, CHARMIN ANDERSON, ANGELITA DENNIS, SUSAN DINIUS-MAST, ELANA HANSEN, TELEETHA HASLEM, SHEILA KURZEN, IRA MCBRIDE, SHAKIA RICHARDS, LOUISMY SAINTFORT, ASHLEY SCHROCK, EMMANUEL ABICHET, JOCELYN FLORESTAL, MICHAEL FESSL, ERIC COVIL, DANIEL AVERILL, DEMETRIC LUCKETT, LAWRENCE DUGAN, BOGDAN MORARU, TROY HAWKINS,

and JAMES SANTOS, respectfully request that this Court grant this Joint Motion to Extend All Pretrial Deadlines and Continue Trial and any other relief it deems appropriate.

Dated: November 19, 2026

Respectfully submitted,

/s/ James Slater
James M. Slater, Esq.
Florida Bar No. 111779
james@slater.legal

**SLATER LEGAL PLLC**
9000 Dadeland Blvd. #1500
Miami, FL 33156
Telephone: (305) 523-9023

Sarah Grady*
Matthew Underwood*
David Schmutzer*
Amelia Caramadre*
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
(312) 852-2184
sarah@kaplangrady.com
matthew@kaplangrady.com
david@kaplangrady.com
amelia@kaplangrady.com
*Admitted pro hac vice

*Counsel for Plaintiffs*

/s/ Christopher Whitelock (with consent)
Christopher John Whitelock, Esq.
Florida Bar No. 67539
Jessalyn Kantzavelos, Esq.
Florida Bar No.: 117926
David Frank, Esq.
Florida Bar No.: 93906

**WHITELOCK & ASSOCIATES**
300 SE 13th Street
Fort Lauderdale, FL 33316
(954) 463-2001
(954) 463-0410 (fax)
cjw@whitelocklegal.com
jrk@whitelocklegal.com
davidfrank@whitelocklegal.com
ark@whitelocklegal.com

*Counsel for Defendants, Hernandez, Yates, Corrado, Hamilton, Hawkins, and Burney*

/s/ Lourdes Espino (with consent)
Lourdes Espino Wydler, Esq.
Florida Bar No. 719811
Alandra A. Tejedor, Esq.
Florida Bar No. 1031889

**WYDLER LAW**
1550 Madruga Avenue, Suite 400
Coral Gables, FL 33146
(305) 446-5528
(786) 422-1373 (fax)
lew@wydlerlaw.com
aat@wydlerlaw.com

*Counsel for Defendants, Cruzado, Dunn, and Rankine*

/s/ Sheridan Weissenborn (with consent)
Sheridan Weissenborn, Esq.
Florida Bar No. 165960

**DUTTON LAW GROUP, P.A.**
9700 S. Dixie Highway, Suite 940
Miami, FL 33156
(786) 871-7971
sweissborn@duttonlawgroup.com

*Counsel for Defendants, Abichet, Florestal, Averill, Fessl, Moraru, Dugan, Covil, Santos, Kurzen, Hansen, Saintfort, Gaucin, and Luckett*

/s/ Broderick Taylor (with consent)
Broderick Taylor, Esq.
Florida Bar No. 0648574

**OFFICE OF THE ATTORNEY GENERAL**
Civil Litigation Division – North Florida Bureau
1300 Riverplace Blvd. Suite 405
Jacksonville, FL 32207
(904) 456-6471
broderick.taylor@myfloridalegal.com

*Counsel for Defendants Dinius-Mast, Haslem, Shrock, McBride, and Anderson*