**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14004-DMM-SMM

CHRISTINNA WHITE, *et ano.*,

Plaintiffs,

v.

CLIFTON MCCLAY YATES, *et al.*,

Defendants.

_______________________________________/

**[PROPOSED] ORDER ON JOINT MOTION TO**
**EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL**

THIS MATTER is before the Court on the Parties' joint motion to extend all pretrial deadlines and continue the trial date. Being fully advised, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. The proposed deadlines at 4–5 of Dkt. 160 are ACCEPTED and INCORPORATED.

DONE AND ORDERED this day of November ______, 2026 in West Palm Beach, Florida.

_______________________________________
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE