UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRISTINA WHITE, As
Personal Representative Of The
Estate Of CODY LEE WHITE And
Casey White, Individually

Plaintiffs,

v. Case No.: 26-CV-14004 DMM

SERGEANT DISAN HERNANDEZ, et al.

Defendants.
______________________________/

**NOTICE OF APPEARANCE**

Notice is hereby given that undersigned counsel hereby enters his appearance as counsel of record for Defendant Shakira Richards. Please send all future pleadings and correspondence in this case to undersigned counsel's attention.

Primary: Broderick.Taylor@myfloridalegal.com

Wendy.Cusick@myfloridalegal.com

Sherell.Johnson@myfloridalegal.com

Respectfully Submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

*/s/ Broderick Taylor*
Broderick Taylor, Esq.

Senior Assistant Attorney General
Florida Bar No.: 0648574
Office of the Attorney General
Civil Litigation - North Florida Bureau
1300 Riverplace Blvd. Suite 405
Jacksonville, FL 32207
Tel: (904) 456-6471
Broderick.Taylor@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance* has been electronically filed through the CM/ECF system on this 23rd day of November 2026 and has been furnished by U.S. mail to: James M. Slater, Esq., Slater Legal, PLLC, 9000 Dadeland Blvd. Ste. 1500, Miami, Fla. 33156, james@slater.legal; Sarah Grady Esq., Matthew Underwood, Esq. David Schmutzer, Esq., and Amelia Caramadre, Esq.,. Kaplan & Grady, LLC, 2071 N. Southport Ave, Ste. 205 Chicago, Ill 60614, david@kaplangrady.com, sarah@kaplangrady.com, amelia@kaplangrady.com and matthew@kaplangrady.com; to Lourdes E. Wydler, Esq., Wydler Law, 1550 Madruga Ave. Ste. 400, Coral Gables, Fla. 33146, lew@wydlerlaw.com and guertty@wydlerlaw.com; to Christopher J. Whitelock, Esq., Jessalynn R. Kantzavelos, Esq., and David Frank, Esq., Whitelock & Associates, 300 Southeast Thirteenth Street. Fort Lauderdale, Fla. 33316, cjw@whitelocklegal.com, jrk@whiteloclegal.com, ark@whitelocklegal.com, and

davidfrank@whitelocklegal.com and to Sheridan Weissenborn, Esq., Dutton Law Group, P.A., 9700 S. Dixie Highway, Suite 940, Miami FL 33156, sweissenborn@duttonlawgroup.com and service.skw@duttonlawgroup.com on the 23rd day of November 2026.

*/s/ Broderick Taylor*
Broderick Taylor, Esq.