# Exhibit 1

---

**From:** Sheri Weissenborn <SWeissenborn@duttonlawgroup.com>
**Sent:** Wednesday, November 18, 2026 08:05
**To:** Amelia Caramadre; cjw whitelocklegal.com; davidfrank whitelocklegal.com; ark whitelocklegal.com; Lourdes Wydler; Alandra Tejedor; Guertty Lopez; Service SKW; Tania Gonzalez; Broderick Taylor; Wendy Cusick; Sherell.Johnson@myfloridalegal.com
**Cc:** David Schmutzer; Alexandra Gergova; Matthew Underwood; James M. Slater; Sarah Grady
**Subject:** RE: White - Outstanding Service

Dear Amelia: Regarding first and foremost the motion to extend deadlines, please be advised that looking at the Court's trial Order we agree with Ms. Wylder's response. This motion we have been circulating is absolutely useless unless we all agree to a continuance of the trial since the pre trial is set for March 17, 2027. We should therefore make it a joint motion and prepare the necessary document to achieve the continuance. Regarding the other request I have no power on my on to agree to representing the individuals you still need to serve nor do I have any information on their whereabouts of those you have not found. Regarding the issue with the defendant that is not cooperative I cannot speak for her either related to the position she has taken or the one you need to take because I do not represent her and certainly I cannot agree to any kind of motion submitting her to the jurisdiction of the court. Sorry for that.

***Sheri K. Weissenborn***
Civil Trial Attorney, Certified Civil Circuit Court Mediator, Qualified Arbitrator
9700 S. Dixie Highway, Suite 940
Miami, Florida 33156
Phone: 786-871-7971 Toll Free: 800-229-2101
Email | V-Card | Biography | Email Advisory

---

**From:** Amelia Caramadre <amelia@kaplangrady.com>
**Sent:** Tuesday, November 17, 2026 1:32 PM
**To:** cjw whitelocklegal.com <cjw@whitelocklegal.com>; davidfrank whitelocklegal.com <davidfrank@whitelocklegal.com>; ark whitelocklegal.com <ark@whitelocklegal.com>; Lourdes Wydler <lew@wydlerlaw.com>; Alandra Tejedor <aat@wydlerlaw.com>; Guertty Lopez <guertty@wydlerlaw.com>; Sheri Weissenborn <SWeissenborn@duttonlawgroup.com>; Service SKW <Service.skw@duttonlawgroup.com>; Tania Gonzalez <TGonzalez@duttonlawgroup.com>; Broderick Taylor <Broderick.Taylor@myfloridalegal.com>; Wendy Cusick <Wendy.Cusick@myfloridalegal.com>; Sherell.Johnson@myfloridalegal.com
**Cc:** David Schmutzer <david@kaplangrady.com>; Alexandra Gergova <alexandra@kaplangrady.com>; Matthew Underwood <matthew@kaplangrady.com>; James M. Slater <james@slater.legal>; Sarah Grady <sarah@kaplangrady.com>
**Subject:** White - Outstanding Service

Counsel,

I write regarding outstanding service for three individuals: Laqueta Lewis-McMath, Vanessa Houze, and Theresa Collins, all housing decision defendants.

Laqueta Lewis-McMath outrightly refused service, telling our process server that she did not have to be served because she was no longer employed by FDC. She also refused service at her home address, instead asking our process server to serve her at a public location. She did not show and via call told the server she did not have to be served ("She then stated that she did not have to be served because she no longer works for them, cancelled the meeting, and hung up."). **Please let us know if you are willing to contact her ([redacted]) and accept service on her behalf. Otherwise, please let us know your position on Plaintiffs motion for service enforcement via US Marshals.**

We have attempted service at multiple addresses for both Vanessa Houze and Theresa Collins, both of whom are no longer employed by FDC. **Please let us know if you can accept service on their behalf. Otherwise, please let us know if you have their last known contact information—including DOB, phone number, address, and/or email.**

Thank you,
Amelia

Amelia Caramadre
**KAPLAN & GRADY**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
T: (312) 815-2684
amelia@kaplangrady.com
kaplangrady.com

---