**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 26-cv-14004-DMM-Maynard

CHRISTINNA WHITE, et ano.,

Plaintiffs,

v.

CLIFTON McCLAY YATES, et al.,

Defendants.
______________________________/

**[PROPOSED] ORDER GRANTING MOTION TO APPOINT UNITED STATES MARSHAL SERVICE TO EFFECT SERVICE ON DEFENDANT LEWIS-McMATH**

THIS MATTER is before the Court on Plaintiffs' Motion to Appoint United States Marshals Service to Effect Service on Defendant Laqueta Lewis-McMath (the "Motion"). Having considered the motion and record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that

1. The Motion is GRANTED.

2. The Court APPOINTS the United States Marshals Service to effect service of the Second Amended Complaint on Defendant Laqueta Lewis-McMath. Plaintiffs are DIRECTED to complete the appropriate Form 285 for this defendant. Upon receipt, the Clerk's Office is DIRECTED to transmit the completed forms along with the summons and Second Amended Complaint to the United States Marshals Service for service on Defendant Lewis-McMath.

DONE AND ORDERED this ______ day of ______ 2026 at West Palm Beach, Florida.

______________________________
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE